UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE DUKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA ACORN SELECT, COLUMBIA ACORN USA, COLUMBIA ASSET ALLOCATION FUND, COLUMBIA BALANCED FUND, COLUMBIA COMMON STOCK FUND, COLUMBIA DISCIPLINED VALUE FUND, COLUMBIA DIVIDEND INCOME FUND, COLUMBIA GROWTH & INCOME FUND, COLUMBIA GROWTH FUND, COLUMBIA GROWTH STOCK FUND, COLUMBIA LARGE CAP CORE FUND, COLUMBIA LARGE CAP GROWTH FUND, COLUMBIA LARGE COMPANY INDEX FUND, COLUMBIA LIBERTY FUND, COLUMBIA MID CAP GROWTH VALUE FUND, COLUMBIA REAL ESTATE EQUITY FUND, COLUMBIA SMALL CAP FUND, COLUMBIA SMALL CAP VALUE FUND, COLUMBIA SMALL COMPANY EQUITY FUND, COLUMBIA SMALL COMPANY INDEX FUND, COLUMBIA STRATEGIC INVESTORS FUND, COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH FUND, COLUMBIA TAX-MANAGED GROWTH FUND, COLUMBIA TAX-MANAGED GROWTH FUND II, COLUMBIA TAX-MANAGED VALUE FUND, COLUMBIA TECHNOLOGY FUND, COLUMBIA THERMOSTAT FUND, COLUMBIA UTILITIES FUND, COLUMBIA YOUNG INVESTORS FUND, COLUMBIA ACORN INTERNATIONAL, COLUMBIA ACORN INTERNATIONAL SELECT, COLUMBIA EUROPE FUND, COLUMBIA GLOBAL | Civil Action No. 1:04-CV-10315 (PBS)<br><br>THIS DOCUMENT RELATES TO:<br><br>1:04-CV-10355 (PBS);<br>1:04-CV-10405 (PBS);<br>1:04-CV-10408 (PBS);<br>1:04-CV-10534 (PBS);<br>1:04-CV-10603 (PBS).<br><br>**DECLARATION OF DARREN J. CHECK IN SUPPORT OF MOTION OF THE BONELLI PLAINTIFF GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |

EQUITY FUND, COLUMBIA                    )
INTERNATIONAL EQUITY FUND,               )
COLUMBIA INTERNATIONAL STOCK             )
FUND, COLUMBIA NEWPORT ASIA              )
PACIFIC FUND, COLUMBIA NEWPORT           )
JAPAN, COLUMBIA OPPORTUNITIES            )
FUND; COLUMBIA GREATER CHINA             )
FUND, COLUMBIA NEWPORT TIGER             )
FUND, COLUMBIA CONTRARIAN                )
INCOME FUND, COLUMBIA CORPORATE          )
BOND FUND, COLUMBIA FEDERAL              )
SECURITIES FUND, COLUMBIA FIXED          )
INCOME SECURITIES FUND, COLUMBIA         )
FLOATING RATE FUND, COLUMBIA             )
HIGH YIELD FUND, COLUMBIA HIGH           )
YIELD OPPORTUNITY FUND, COLUMBIA         )
INCOME FUND, COLUMBIA                    )
INTERMEDIATE BOND FUND,                  )
COLUMBIA INTERMEDIATE                    )
GOVERNMENT INCOME FUND,                  )
COLUMBIA MONEY MARKET FUND,              )
COLUMBIA QUALITY PLUS BOND FUND,         )
COLUMBIA STRATEGIC INCOME FUND,          )
COLUMBIA U.S. TREASURY INDEX             )
FUND, COLUMBIA CALIFORNIA TAX-           )
EXEMPT FUND, COLUMBIA                    )
CONNECTICUT INTERMEDIATE                 )
MUNICIPAL BOND FUND, COLUMBIA            )
CONNECTICUT TAX-EXEMPT FUND,             )
COLUMBIA FLORIDA INTERMEDIATE            )
MUNICIPAL BOND FUND, COLUMBIA            )
HIGH YIELD MUNICIPAL FUND,               )
COLUMBIA INTERMEDIATE TAX-               )
EXEMPT BOND FUND, COLUMBIA               )
MANAGED MUNICIPALS FUND,                 )
COLUMBIA MASSACHUSETTS                   )
INTERMEDIATE MUNICIPALS BOND             )
FUND, COLUMBIA MASSACHUSETTS             )
TAX-EXEMPT FUND, COLUMBIA                )
MUNICIPAL MONEY MARKET FUND,             )
COLUMBIA NATIONAL MUNICIPAL              )
BOND FUND, COLUMBIA NEW JERSEY           )
INTERMEDIATE MUNICIPAL BOND              )
FUND, COLUMBIA NEW YORK                  )

INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA NEW YORK TAX-EXEMPT FUND, COLUMBIA OREGON MUNICIPAL BOND FUND, COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA TAX-EXEMPT FUND, COLUMBIA TAX-EXEMPT INSURED FUND, COLUMBIA SMALL CAP GROWTH FUND, COLUMBIA EUROPEAN THEMATIC EQUITY FUND, COLUMBIA GLOBAL THEMATIC EQUITY FUND, COLUMBIA DAILY INCOME COMPANY FUND (collectively known as "COLUMBIA FUNDS"); COLUMBIA ACORN TRUST, COLUMBIA BALANCED FUND INC./OR COLUMBIA COMMON STOCK FUND INC., COLUMBIA DAILY INCOME COMPANY, COLUMBIA FIXED INCOME SECURITIES FUND, INC., COLUMBIA FUNDS TRUST I, COLUMBIA FUNDS TRUST II, COLUMBIA FUNDS TRUST III, COLUMBIA FUNDS TRUST IV, COLUMBIA FUNDS TRUST IX, COLUMBIA FUNDS TRUST V, COLUMBIA FUNDS TRUST VI, COLUMBIA FUNDS TRUST VII, COLUMBIA FUNDS TRUST VIII, COLUMBIA FUNDS TRUST XI, COLUMBIA GROWTH FUND INC., COLUMBIA HIGH YIELD FUND INC., COLUMBIA INSTITUTIONAL FLOATING RATE INCOME FUND, COLUMBIA INTERNATIONAL STOCK FUND INC., COLUMBIA OREGON MUNICIPAL BOND FUND INC., COLUMBIA NATIONAL MUNICIPAL BOND FUND INC., COLUMBIA REAL ESTATE EQUITY FUND, COLUMBIA SHORT TERM BOND FUND INC., COLUMBIA SMALL CAP GROWTH FUND INC., COLUMBIA STRATEGIC INVESTOR FUND INC., COLUMBIA TECHNOLOGY FUND INC., (collectively known as COLUMBIA FUNDS

| | |
|---|---|
| REGISTRANTS"); FLEETBOSTON FINANCIAL CORPORATION, COLUMBIA MANAGEMENT GROUP INC., COLUMBIA MANAGEMENT ADVISORS INC., COLUMBIA WANGER ASSET MANAGEMENT L.P., COLUMBIA FUNDS DISTRIBUTOR INC., and JOHN DOES 1-100,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Darren J. Check, declares, under penalty of perjury this 13th day of April, 2004:

1.  I am an attorney at the law firm of Schiffrin & Barroway, LLP. I submit this declaration in support of the motion of Blake Bonelli, Harry & Elaine Ellis, Charles Cordier and the Robert Glenn Rapp Foundation (collectively, the "Bonelli Plaintiff Group") to consolidate actions, for the appointment of lead plaintiffs and for approval of lead plaintiffs' selection of lead counsel and liaison counsel.

2.  Attached hereto as Exhibit A is a list of named defendant funds and all other named defendants in the above captioned actions.

3.  Attached hereto as Exhibit B are true and correct copies of the signed certifications of the Bonelli Plaintiff Group pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). 15 U.S.C. § 77z-1(a)(2); 15 U.S.C. § 78u-4(a)(2).

4.  Attached hereto as Exhibit C is a true and correct copy of a chart of the Bonelli Plaintiff Group's investments in the Columbia Mutual Funds.

5.  Attached hereto as Exhibit D is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on February 13, 2004 on *PR Newswire*, advising the public of the pendency of a class action filed on behalf of purchasers of the Columbia Mutual Funds (*i.e.*, the Columbia Mutual Funds as defined

in Exhibit A).

6.  Attached hereto as Exhibit E is a true and correct copy of the firm biography for Schiffrin & Barroway, LLP, the law firm seeking the Court's approval as lead counsel.

7.  Attached hereto as Exhibit F is a true and correct copy of the firm biography for Gilman and Pastor, LLP, the law firm seeking the Court's approval as liaison counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
DARREN J. CHECK