# EXHIBIT A

## The Columbia Funds

COLUMBIA ACORN SELECT
COLUMBIA ACORN USA
COLUMBIA ASSET ALLOCATION FUND
COLUMBIA BALANCED FUND
COLUMBIA COMMON STOCK FUND
COLUMBIA DISCIPLINED VALUE FUND
COLUMBIA DIVIDEND INCOME FUND
COLUMBIA GROWTH & INCOME FUND
COLUMBIA GROWTH FUND
COLUMBIA GROWTH STOCK FUND
COLUMBIA LARGE CAP CORE FUND
COLUMBIA LARGE CAP GROWTH FUND
COLUMBIA LARGE COMPANY INDEX FUND
COLUMBIA LIBERTY FUND
COLUMBIA MID CAP GROWTH VALUE FUND
COLUMBIA REAL ESTATE EQUITY FUND
COLUMBIA SMALL CAP FUND
COLUMBIA SMALL CAP VALUE FUND
COLUMBIA SMALL COMPANY EQUITY FUND
COLUMBIA SMALL COMPANY INDEX FUND
COLUMBIA STRATEGIC INVESTORS FUND
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH FUND
COLUMBIA TAX-MANAGED GROWTH FUND
COLUMBIA TAX-MANAGED GROWTH FUND II
COLUMBIA TAX-MANAGED VALUE FUND
COLUMBIA TECHNOLOGY FUND
COLUMBIA THERMOSTAT FUND
COLUMBIA UTILITIES FUND
COLUMBIA YOUNG INVESTORS FUND
COLUMBIA ACORN INTERNATIONAL
COLUMBIA ACORN INTERNATIONAL SELECT
COLUMBIA EUROPE FUND
COLUMBIA GLOBAL EQUITY FUND
COLUMBIA INTERNATIONAL EQUITY FUND
COLUMBIA INTERNATIONAL STOCK FUND
COLUMBIA NEWPORT ASIA PACIFIC FUND
COLUMBIA NEWPORT JAPAN
COLUMBIA OPPORTUNITIES FUND
COLUMBIA GREATER CHINA FUND
COLUMBIA NEWPORT TIGER FUND
COLUMBIA CONTRARIAN INCOME FUND
COLUMBIA CORPORATE BOND FUND
COLUMBIA FEDERAL SECURITIES FUND

COLUMBIA FIXED INCOME SECURITIES FUND
COLUMBIA FLOATING RATE FUND
COLUMBIA HIGH YIELD FUND
COLUMBIA HIGH YIELD OPPORTUNITY FUND
COLUMBIA INCOME FUND
COLUMBIA INTERMEDIATE BOND FUND
COLUMBIA INTERMEDIATE GOVERNMENT INCOME FUND
COLUMBIA MONEY MARKET FUND
COLUMBIA QUALITY PLUS BOND FUND
COLUMBIA STRATEGIC INCOME FUND
COLUMBIA U.S. TREASURY INDEX FUND
COLUMBIA CALIFORNIA TAX-EXEMPT FUND
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA CONNECTICUT TAX-EXEMPT FUND
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA HIGH YIELD MUNICIPAL FUND
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND
COLUMBIA MANAGED MUNICIPALS FUND
COLUMBIA MASSACHUSETTS INTERMEDIATE MUNICIPALS BOND FUND
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND
COLUMBIA MUNICIPAL MONEY MARKET FUND
COLUMBIA NATIONAL MUNICIPAL BOND FUND
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA NEW YORK TAX-EXEMPT FUND
COLUMBIA OREGON MUNICIPAL BOND FUND
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL BOND FUND
COLUMBIA TAX-EXEMPT FUND
COLUMBIA TAX-EXEMPT INSURED FUND
COLUMBIA SMALL CAP GROWTH FUND
COLUMBIA EUROPEAN THEMATIC EQUITY FUND
COLUMBIA GLOBAL THEMATIC EQUITY FUND
COLUMBIA DAILY INCOME COMPANY FUND

## The Columbia Funds Registrants

COLUMBIA ACORN TRUST
COLUMBIA BALANCED FUND INC./OR COLUMBIA COMMON STOCK FUND INC.
COLUMBIA DAILY INCOME COMPANY
COLUMBIA FIXED INCOME SECURITIES FUND, INC.
COLUMBIA FUNDS TRUST I
COLUMBIA FUNDS TRUST II
COLUMBIA FUNDS TRUST III
COLUMBIA FUNDS TRUST IV

COLUMBIA FUNDS TRUST IX
COLUMBIA FUNDS TRUST V
COLUMBIA FUNDS TRUST VI
COLUMBIA FUNDS TRUST VII
COLUMBIA FUNDS TRUST VIII
COLUMBIA FUNDS TRUST XI
COLUMBIA GROWTH FUND INC.
COLUMBIA HIGH YIELD FUND INC.
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME FUND
COLUMBIA INTERNATIONAL STOCK FUND INC.
COLUMBIA OREGON MUNICIPAL BOND FUND INC.
COLUMBIA NATIONAL MUNICIPAL BOND FUND INC.
COLUMBIA REAL ESTATE EQUITY FUND
COLUMBIA SHORT TERM BOND FUND INC.
COLUMBIA SMALL CAP GROWTH FUND INC.
COLUMBIA STRATEGIC INVESTOR FUND INC.
COLUMBIA TECHNOLOGY FUND INC.

## Other Defendants

FLEETBOSTON FINANCIAL CORPORATION
COLUMBIA MANAGEMENT GROUP INC.
COLUMBIA MANAGEMENT ADVISORS INC.
COLUMBIA WANGER ASSET MANAGEMENT L.P.
COLUMBIA FUNDS DISTRIBUTOR INC.
JOHN DOES 1-100