# EXHIBIT B

### CERTIFICATION OF NAMED PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

I, (print name) __BLAKE A. BONELLI__ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the following **Columbia** family of funds that are the subject of this action are as follows[1] Plaintiff's purchases and sales in the funds are as follows: (See attachment A for complete list of Columbia Funds subject to the suit)

| Fund/Symbol | Buy/Sell | # of Shares | Date | Price |
|---|---|---|---|---|
| IUTLX | BUY | 28,169.028 | 7/6/2001 | 15.530 |
| IUTLX | GIFT my | (2000.00) | 2/6/2002 | |
| IUTLX | GIFT Away | (2000.00) | 2/6/2002 | |

[1] List additional transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): _____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2004.

_Blake A Bonelli_
Signature

__BLAKE A. BONELLI__
Print Name

**CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS**

I, (print name) HARRY & ELAINE RELLIS ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the following Columbia family of funds that are the subject of this action are as follows[1]: Plaintiff's purchases and sales in the funds are as follows: (See attachment A for complete list of Columbia Funds subject to the suit)

| Fund/Symbol | Buy/Sell | # of Shares | Date | Price |
|---|---|---|---|---|
| CBALX | Buy | 13446.885 | 2/21/01 | 22.31 |
| CBALX | Buy | 96.003 | 11/01/01 | 21.01 |
| ACRNX | Buy | 84.396 | 6/25/99 | 18.23 |
| ACRNX | Buy | 3073.141 | 11/28/00 | 16.27 |
| ACRNX | Buy | 1620.220 | 10/4/01 | 15.43 |

[1] List additional transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): _____.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 1st day of MARCH, 2004.

_____
Signature

HARRY E ELLIS    ELAINE R ELLIS
Print Name

**CERTIFICATION OF NAMED PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, (print name) _Charles K. Cordier_ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the following **FleetBoston Financial Corp. (Columbia)** family of funds that are the subject of this action are as follows[1]: (See attachment A for complete list of Columbia Funds subject to the suit) Plaintiff's purchases and sales in the funds are as follows:

| Fund/Symbol | Buy/Sell | # of Shares | Date | Price |
|---|---|---|---|---|
| LACBX | Buy | 1500 | 8/18/03 | 18.69 |
| CSSBX | Buy | 1500 | 8/18/03 | 30.04 |
| LACBX | Buy | 5000 | 11/17/03 | 20.69 |
| CSSBX | Buy | 5000 | 11/17/03 | 33.22 |

[1] List additional transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): _None_.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of _March_, 200_4_.

_____
Signature

_Charles K. Cordier_
Print Name

**CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS**

I, (print name) __Robert Glenn Rapp Foundation__ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the following FleetBoston Financial Corp. (Columbia) family of funds that are the subject of this action are as follows[1]: (See attachment A for complete list of Columbia Funds subject to the suit) Plaintiff's purchases and sales in the funds are as follows:

| Fund/Symbol | Buy/Sell | # of Shares | Date | Price |
|---|---|---|---|---|
| LAUAX | Buy | 11,945 | 12-22-03 | $20.93 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

[1] List additional transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has sought to serve or served as a representative party or a class in the following actions filed under the federal securities laws (if none, so indicate): __none__.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __March__, 200__4__.

_____
Signature

__Michael J. Milligan, Managing Trustee__
Print Name