# EXHIBIT C

## COLUMBIA MUTUAL FUNDS

**The Bonelli Plaintiff Group -**

1. Blake Bonelli
   a. Columbia Utilities Fund - $437,465.00

   *Total Investment:* **$437,465**

2. Harry & Elaine Ellis
   a. Columbia Balanced Fund - $302,017.02
   b. Columbia Acorn Fund - $76,538.53

   *Total Investment:* **$378,555.55**

3. Charles Cordier
   a. Columbia Small Cap Value Fund - $211,160.00
   b. Columbia Acorn Fund - $131,485.00

   *Total Investment:* **$342,645.00**

4. The Robert Glenn Rapp Foundation
   a. Columbia Acorn USA - $250,008.85

   *Total Investment:* **$250,008.55**


**TOTAL BONELLI PLAINTIFF GROUP: $1,408,674.10**