# EXHIBIT E

*Interpublic Securities Litigation*, No. 02 Civ. 6527 (S.D.N.Y. 2002), *In re New Power Holdings Securities Litigation*, C.A. No. 02 Civ. 1550 (S.D.N.Y. 2002), *In re AremisSoft Corp. Sec. Litig.*, C.A. No. 01-CV-2486 (D.N.J. 2002), *Moore v. Halliburton Company*, C.A. No. 02-CV-1152-N (N.D. Tex. 2002), and *In re CVS Corporation Securities Litigation*, No. 01-11464, (D. Mass. 2001).

Mr. Berman also has been actively involved in litigating the following prominent cases:

- *In re AremisSoft Corp. Sec. Litig.*, C.A. No. 01-CV-2486 (D.N.J. 2002):

Mr. Berman, along with Mr. Schiffrin, serves as lead counsel in this action in which certain former officers of the Company are alleged to have stolen hundreds of millions of dollars. They negotiated a complex settlement with the Company, which provided for the successful reorganization of the Company and which provided the class with the majority of the equity in the new company. In addition, the settlement established a litigation trust in which all claims owned by the class as well those owned by the Company were assigned for purposes of recovering the substantial losses incurred by the shareholders. The firm and co-counsel are litigating in the Isle of Man and were successful in freezing $175 million of funds stolen by insiders. Schiffrin & Barroway also continues to litigate other claims against the Company's directors and officers, outside auditor and attorneys.

- *In re NetSolve Incorporated Securities Litig.*, C. A. No. A00-CA-591 SS (W.D. Tex. 2000):

Schiffrin & Barroway serves as Co-Lead Counsel in a case involving securities fraud by NetSolve and certain of its officers and directors. Claims were brought against these defendants as a result of material misrepresentations and omissions regarding the Company's customer service problems and declining sales to one of its largest customers. The firm successfully litigated this action which settled for $2.75 million, an amount approved by the Court for the benefit of class members.

- *In re Acrodyne Communications, Inc. Securities Litig.,* C. A. No. L-00-CV-2490 (D. Md. 2000):

Schiffrin & Barroway served as Lead Counsel in a case involving securities fraud by Acrodyne and certain of its officers and directors. Claims were brought against these defendants for material misrepresentations and omissions regarding the Company's inventory, and as a result, the Company's profits. In light of the Company's precarious financial position, the firm was able to craft a settlement of $750,000 in cash plus interest, and 1.6 million warrants to purchase 1.6 million shares of the Company's common stock. This settlement, approved by the Court, creatively established a structure by which the Company could avoid bankruptcy and, at the same time, provided the Class with potential future benefits.

## GREGORY M. CASTALDO

Mr. Castaldo, a member of the firm, received his law degree from Loyola Law School in 1997 where he received the American Jurisprudence award in legal writing. He received his undergraduate degree from the Wharton School of Business at the University of Pennsylvania. He is licensed to practice law in Pennsylvania and New Jersey. Mr. Castaldo has been actively involved in litigating the following cases:

- *In re Unigraphics Solutions Inc. Shareholders Litigation,* Cons. C.A. No. 18916,

Delaware Chancery Court, in which Class Counsel was partially responsible for creating an aggregate financial benefit of approximately $35 million for members of the class;

- *In re Prodigy Communications Corp. Shareholders Litigation,* Cons. C.A. No. 19113-NC,

Delaware Chancery Court, in which Class Counsel was partially responsible for creating an aggregate financial benefit of approximately $36 million for members of the class; and

- *In re Sodexho Marriot Shareholders Litigation,* Cons. C.A. No. 18640-NC, Delaware

Chancery Court, in which Class Counsel was partially responsible for creating an aggregate financial benefit of approximately $166 million for members of the class.

**Schiffrin & Barroway also consists of the following senior associates and associates:**

**ROBERT B. WEISER**, a senior associate of the firm, manages the firms shareholder derivative litigation department. Mr. Weiser received his law degree from the Villanova University School of Law. While in law school, he served as a law clerk for the Honorable Clarence J. Newcomer, U.S.D.J. for the Eastern District of Pennsylvania. He is licensed to practice law in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey.

Schiffrin & Barroway is a national leader in the area of shareholder derivative litigation, having served as Lead or Co-Lead Counsel in more than 90 shareholder derivative actions throughout the nation. Mr. Weiser's more prominent cases include:

• *In Re Staples, Inc. Shareholder Litigation*, CV 18784-NC, (Del. Ch.), in which Schiffrin & Barroway, as Co-Lead Counsel for derivative plaintiffs, secured a financial benefit for Staples worth at least $12 million by winning an injunction which prevented Staples from holding a shareholder vote on an improperly disclosed recapitalization plan that would have unfairly benefitted corporate insiders at the expense of Staples; and

• *Barry v. Cotsakos*, CIV 49804 (San Mateo County Cal.)(the "E*Trade Derivative Litigation"), in which Schiffrin & Barroway, as Co-Lead Counsel for derivative plaintiffs, successfully challenged E*Trade's payment of excessive compensation and benefits to its Chief Executive Officer, and secured a settlement that returned approximately $25 million to E*Trade and instituted comprehensive reforms designed to correct and prevent the recurrence of the alleged misconduct.

**PATRICIA C. WEISER**, a senior associate of the firm, received her law degree from Widener University School of Law. While in law school, she served as a legal intern for the Honorable Clarence J. Newcomer, U.S.D.J. for the Eastern District of Pennsylvania. She is licensed to practice law in Pennsylvania

-17-

and New Jersey, and has been admitted to practice before the United States District Court for the Eastern

District of Pennsylvania and the United States District Court for the District of New Jersey. Ms. Weiser

concentrates her practice in the area of Mergers & Acquisitions litigation and has recently litigated the

following matters to a successful resolution:

- *In re Intimate Brands Inc. Shareholders Litigation,* Cons. C.A. No. 19382-NC, Delaware

Chancery Court, in which Class Counsel was partially responsible for creating an aggregate financial benefit

of approximately $81 million for members of the class;

- *In re Unigraphics Solutions Inc. Shareholders Litigation*, Cons. C.A. No. 18916, Delaware

Chancery Court (description above); and

- *In re Storage USA, Inc. Shareholder Litigation*, No. CH-01-2281, Chancery Court, Shelby

County, Tennessee, in which Class Counsel achieved an aggregate financial benefit of $10.5 million for

members of the class.

**MICHAEL K. YARNOFF**, a senior associate of the firm, received his law degree from Widener

University School of Law. He has been practicing law in Pennsylvania and New Jersey since 1991 and has

been a member of the Delaware Bar since 1995. He is also admitted to practice before the United States

District Court for the Eastern District of Pennsylvania.

Mr. Yarnoff works in the firm's securities litigation department and has been actively involved in

a number of federal securities cases in which outstanding results were achieved, including the following: *In

re Conseco Inc. Securities Litigation*, C.A. No. IP00-C-00585 (S.D. In. 2000) ($120 million cash settlement);

*In re Twinlab Corporation Securities Litigation*, Master File No. 98-CV-7425 (E.D.N.Y. 1998) ($26 million

cash settlement); *In re Cumulus Media Inc. Sec. Litig.,* Lead Case No. 00-C-391 (E.D. Wis. 2000) ($13

million cash settlement plus stock); *In re Cell Pathways, Inc. Securities Litigation II*, Master File No. 01-

CV-1189 (E.D. Pa. 2001) ($2 million cash settlement plus stock). Currently, Mr Yarnoff is either lead or

co-lead counsel in *In re CVS Corporation Securities Litigation*, C.A. No. 01-11464 (D. Mass. 2001); *In re

Penn Treaty American Corporation Securities Litigation*, C.A. No. 01-CV-1896 (E.D. Pa. 2001); *In re NX*

-18-

*Networks Securities Litigation,* C.A. No. 00-CV-11850 (D. Mass. 2000); and *In re Riverstone Networks, Inc. Securities Litigation,* C.A. No. CV-02-3581 (N.D. Cal. 2002).

**TOBIAS L. MILLROOD**, a senior associate of the firm, received his law degree from the University of Tulsa College of Law. He is licensed to practice law in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit. Prior to joining Schiffrin & Barroway, Mr. Millrood practiced at Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. in Philadelphia. While at Anapol, Mr. Millrood garnered several notable achievements, including a $22 million medical malpractice verdict in *Wallace v. Fraider*, Phila. CCP, March 2001, one of the highest in state history. He also wrote and argued cases resulting in significant changes to Pennsylvania law: *Cullen v. Pennsylvania Prop. & Cas. Ins. Guar. Ass'n*, 760 A.2d 1198 (Pa. Commw. 2000) (Pennsylvania workers' compensation carrier could not assert a subrogated claim for benefits that its insured's employee was precluded from recovering in settlement of a related medical malpractice claim.); and *Estate of Magette v. Goodman*, 2001 WL 218981 (Pa. Super. 2001) (Failure to retain evidence of EKG strip during orthopedic surgery that resulted in death of patient required new trial where court failed to give jury adverse inference instruction.).

Mr. Millrood manages the firm's mass tort department along with Mr. Schiffrin. He currently is active in mass tort litigation involving Fen-Phen, Baycol, Meridia, Thimerosal, Ephedra and Prempro. In Meridia, Mr. Millrood is Co-Chair of the Meridia Litigation Group of the American Trial Lawyers Association (ATLA) as well as the founding Chair of the ATLA Hormone Therapy (Prempro) Litigation Group. He also serves on the Executive Committee of *MDL 1481, In re Meridia Products Liability*, N.D. Ohio and he is co-chair of both the MDL Discovery and Science & Experts Committee. In Prempro, Mr. Millrood was the first to file a national class action. Mr. Millrood speaks frequently at various drug and mass tort seminars, including ATLA, Mealey's Conferences and Andrews Publications Conferences on the topics of Meridia, Prempro and the Ethics of Settling Mass Tort Cases. Mr. Millrood is a former member of the

-19-

Pennsylvania Trial Lawyers Board of Governors and currently sits on the Executive Committee of the Philadelphia Bar Association Young Lawyers' Division.

**JOSEPH H. MELTZER**, a senior associate of the firm, received his law degree with honors from Temple University School of Law. He is licensed to practice law in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit. Prior to joining Schiffrin & Barroway, Mr. Meltzer practiced at Barrack, Rodos & Bacine in Philadelphia, where he had prominent roles in prosecuting several major antitrust class actions to successful conclusions, including *In re Sorbates Direct Purchaser Antitrust Litigation*, C 98-4886 (N.D. Cal. 2001) (settlements exceeding $92 million) and also defended clients in antitrust and commercial litigation.

Mr. Meltzer concentrates his practice in the areas of antitrust, ERISA and consumer protection, and has helped obtain several multi-million dollar settlements on behalf of class members. Mr. Meltzer is Lead Counsel in several pending nationwide class actions brought on behalf of consumers, employees, and union health and welfare funds, including *In re Global Crossing ERISA Litigation*, 02 Civ. 7453 (S.D.N.Y. 2002); *In re Remeron Antitrust Litigation*, 02-CV-2007 (D.N.J. 2002) and *In re Wellbutrin SR/Zyban Antitrust Litigation*, 02-CV-4398 (E.D. Pa. 2002). Mr. Meltzer is a member of the American Bar Association and is actively involved in the ABA's Section Committees on (i) Employee Benefits and (ii) Antitrust Law.

**MARC I. WILLNER**, an associate of the firm, received his law degree from the George Washington University Law School in 1997. He received his undergraduate degree in Public Policy Studies and Philosophy from Duke University in 1994. Prior to joining Schiffrin & Barroway, he served as a Deputy Attorney General in the Criminal Law Division of the Pennsylvania Office of Attorney General. He is licensed to practice law in Pennsylvania and has been admitted to practice before the United States Court of Appeals for both the First Circuit and the Third Circuit.

Mr. Willner concentrates his practice in the area of securities litigation and has helped obtain several multi-million dollar settlements on behalf of class members, including *In re*

-20-

*AremisSoft Corp. Sec. Litig.*, C.A. No. 01-CV-2486 (D.N.J. 2002); *In re Interpublic Sec. Litig.*, No. 02 Civ. 6527 (S.D.N.Y.) ($115 million settlement); *In re Warnaco Group Inc. Sec. Litig.*, No. 00 Civ. 6266 (S.D.N.Y.) ($12.85 million settlement); *In re Pinnacle Holdings Corp. Sec. Litig.*, No. 8:01-CV-624-T-27 (M.D. Fla.) ($11 million settlement); *Griffin v. Painewebber, Inc. et.al.*, No. 99 Civ. 2292 (S.D.N.Y) and *In re Livent, Inc. Sec. Litig.*,No. 98 Civ. 5686 (S.D.N.Y) (combined $6.45 million settlement with litigation still pending against two non-settling defendant).

Mr. Willner is Lead or Co-Lead counsel in several pending nationwide class action securities cases, including *In re Corning Sec. Litig.*, No. 01-CV-6580 (W.D.N.Y.); *Spagnola v. Kilrea et al.*,(HA-LO Industries, Inc.) No. 02 C 0270 (E.D. Ill.); *D.E. & J. Ltd. Partnership v. Conaway et al.*, (Kmart Corporation) No. 02-70684 (E.D. Mich.); *In re Interpublic Sec. Litig.*, No. 02 Civ. 6527 (S.D.N.Y.); and *Moore et al. v. Halliburton Co., et al.*, No. 3:02-CV-1152 (N.D. Tex.).

**ERIC L. ZAGAR**, an associate of the firm, received his law degree from the University of Michigan Law School (cum laude), where he was an Associate Editor of the Michigan Law Review. He has practiced law in Pennsylvania since 1995 and previously served as a law clerk to Justice Sandra Schultz Newman of the Pennsylvania Supreme Court. He is admitted to practice in Pennsylvania.

Mr. Zagar concentrates his practice in the area of shareholder derivative litigation. Mr. Zagar is Lead or Co-Lead counsel in several derivative actions pending in courts throughout the nation, including *Dominguez v. Collins*, MID-L-7975-02 (Middlesex County, NJ) (Amerada Hess Corp. Derivative Action); *In Re AMC Entertainment, Inc. Shareholder Derivative Litigation*, 02-CV-221038 (Jackson County, MO); *David v. Wolfen*, 01-CC-03930 (Orange

-21-

County, CA) (Broadcom Corp. Derivative Action); *In Re Dynacq Int'l. Shareholder Derivative Litigation*, 2002-07135 (Harris County, TX); and *Campbell v. Rakib*, CV807650 (Santa Clara County, CA) (Terayon Communications Systems, Inc. Derivative Action).

**DARREN J. CHECK**, an associate of the firm, received his law degree from Temple University School of Law. He received his undergraduate degree in History with honors from Franklin & Marshall College. He is licensed to practice in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the District of Colorado.

Mr. Check concentrates his practice in the area of securities litigation and has worked extensively with partner David Kessler on *In re Initial Public Offering Securities Litigation*, Master File No. 21 MC 92 (S.D.N.Y. Dec. 12, 2002)(SAS) currently pending in the Southern District of New York. Mr. Check serves in the firm's case development department, which involves working with clients, litigation strategy and lead plaintiff issues. In addition, Mr. Check works closely with many of the domestic and foreign institutional investors which the firm represents.

**SEAN M. HANDLER**, an associate of the firm, received his law degree (cum laude) from Temple University School of Law. Mr. Handler received his undergraduate degree from Colby College with distinction in American Studies. He is licensed to practice law in Pennsylvania and has been admitted to practice before the Eastern District of Pennsylvania.

Prior to joining Schiffrin & Barroway, Mr. Handler practiced at Reed Smith, LLP in Philadelphia. Mr. Handler concentrates his practice in the area of securities litigation and serves in the firm's case development department, which involves working with clients, litigation

-22-

strategy and lead plaintiff issues.

**KAY SICKLES**, an associate of the firm, received her law degree from the University of

Pennsylvania School of Law in 1994.  She received her undergraduate degree from Colgate

University, graduating with Honors from the History department.  Prior to joining the firm, Ms.

Sickles was an associate with Sandals & Langer, LLP, where she litigated complex class actions,

arising out of violations of the ERISA and Antitrust statutes.   She is licensed to practice law in

Pennsylvania and New Jersey, and has been admitted to practice before the United States District

Court for the Eastern District of Pennsylvania and the United States District Court for the District

of New Jersey.

Ms. Sickles concentrates her practice in the area of securities litigation and specializes in

settlement matters.

**ANDREW L. ZIVITZ**, an associate of the firm, received his law degree from Duke

University School of Law in 1995, and received a Bachelor of Arts degree with distinction from

the University of Michigan, Ann Arbor in 1992.  Prior to joining Schiffrin & Barroway, Mr.

Zivitz practiced with the Philadelphia law firms of Klehr, Harrison, Harvey, Branzburg & Ellers,

LLP and Drinker Biddle and Reath, LLP where he litigated complex commercial and

environmental matters.

Mr. Zivitz is admitted to practice law in Pennsylvania and New Jersey and has been

admitted to practice before the Courts of the Commonwealth of Pennsylvania and the State of

New Jersey, the United States District Court for the Eastern District of Pennsylvania and the

United States District Court for the District of New Jersey.

Mr. Zivitz concentrates his practice in the area of securities litigation and is Lead or Co-

Lead Counsel in several pending nationwide class action securities cases, including *In re*

*Computer Associates,* No. 02-CV-1226 (E.D.N.Y.); *In re Aon Corp.,* No. 02 CV 5631 (N.D.Ill);

*In re Duane Reade, Inc.,* No. 1:02cv6478 (S.D.N.Y.); *In re McLeodUSA Inc.,* No. C02-0001

(N.D.Iowa); and *In re Great Atlantic and Pacific Tea Company, Inc.,* No. 02-cv-2674 (D.N.J.)

**EDWARD W. CIOLKO**, an associate of the firm, received his law degree from

Georgetown University Law Center, and an MBA from the Yale School of Management.  Prior

to joining the firm, he served as an Attorney Advisor to Commissioner Sheila F. Anthony at the

Federal Trade Commission. He is licensed to practice law in the State of New Jersey and has

been admitted to practice before the United States District Court for the District of New Jersey.

Mr. Ciolko concentrates his practice in the areas of antitrust, ERISA, and consumer protection.

**SCOTT K. JOHNSON**, an associate of the firm, received his law degree from

University of California, Hastings College of the Law in 1996.  He is a graduate of the University

of Washington, Seattle, where he received a B.A. in Philosophy (1991) and a Master's degree in

Public Affairs (1993).  He is licensed to practice law in Pennsylvania and California and has been

admitted to practice before the United States Court of Appeal for the Ninth Circuit and the

United States District Courts of Central, Northern, Eastern California and the Eastern District of

Pennsylvania.  Mr. Johnson serves in the firm's mass tort department and concentrates on

litigation arising from injuries caused by the drugs PremPro, Ephedra, and Fen-Phen.

**MARC D. WEINBERG**, an associate of the firm, received his law degree from Widener

University School of Law in 1992 and is a 1989 graduate of The Pennsylvania State University

where he received his B.S. in Business Logistics.  He is licensed to practice law in Pennsylvania

and New Jersey and has been admitted to practice before the United States District Court for the

Eastern District of Pennsylvania and the United States District Court for the District of New

Jersey.  Mr. Weinberg serves in the firm's case development department and focuses on client

-24-

contact and lead plaintiff issues.

**STEPHEN P. McFATE**, an associate of the firm, received his law degree (magna cum laude) from Temple University School of Law in 1997, where he served on the editorial board of the Temple Law Review. While in law school, he served as a legal intern for the Honorable Russell M. Nigro of the Pennsylvania Supreme Court. Prior to joining Schiffrin & Barroway, Mr. McFate practiced with Hoyle, Morris & Kerr LLP and Dechert LLP in Philadelphia, where he litigated complex commercial, class action, and mass tort matters. Mr. McFate is licensed to practice law in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania. He concentrates his practice in the area of securities litigation.

**RICHARD A. MANISKAS**, an associate of the firm, received his law degree from Widener University School of Law in 2000 and received his undergraduate degree from the University of Pittsburgh. He is licensed to practice law in Pennsylvania and the District of Columbia and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania. Mr. Maniskas works in the firm's case development department.

**CHRISTOPHER L. NELSON**, an associate of the firm, received his law degree from Duke University School of Law and his undergraduate degree in Business, Economics, and the Law from Washington University in St. Louis. Prior to joining Schiffrin & Barroway, Mr. Nelson practiced with the Philadelphia law firm of Berger & Montague, P.C., where he was a securities litigator.

Mr. Nelson is admitted to practice law in the Commonwealth of Pennsylvania, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the

-25-

Eastern District of Pennsylvania.

Mr. Nelson concentrates his practice in the area of securities litigation and is Lead or Co-Lead Counsel in several pending nationwide class action securities cases, including *In re ICN Pharmaceuticals Securities Litigation*, No. SACV 02-0701(C.D.Cal), and *In re El Paso Electric Company Securities Litigation*, No. 03-CA-0004 (W.D.Tex.).

**SANDRA G. SMITH**, an associate of the firm, received her law degree from Temple University School of Law, where she was Editor-In-Chief of The Temple Environmental Law and Technology Journal.  Ms. Smith is also a graduate of St. Joseph's University, where she received her B.A. in History.  Prior to joining Schiffrin & Barroway, Ms. Smith practiced as a securities litigator with the Philadelphia law firm of Berger & Montague, P.C.  Ms. Smith is licensed to practice in Pennsylvania and is admitted to practice before the United States District Court of the Eastern District of Pennsylvania.  Ms. Smith concentrates her practice in the area of Mergers and Acquisition litigation.

**IAN D. BERG**, an associate of the firm, received his law degree from Northwestern University School of Law and his B.A. from Northwestern University.   Prior to joining Schiffrin & Barroway Mr. Berg practiced at Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLC, in Chicago, IL.  He is licensed to practice law in Illinois and Pennsylvania.

**STEPHEN E. CONNOLLY**, an associate of the firm, received his law degree from Villanova University School of Law, and is a graduate of The Pennsylvania State University.  Prior to joining Schiffrin & Barroway, Mr. Connolly was an associate at a Philadelphia firm where he practiced in the areas of complex litigation, securities and antitrust litigation.   Mr. Connolly is licensed to practice law in Pennsylvania, and concentrates his practice in the area of antitrust litigation.

-26-

**BENJAMIN J. SWEET**, an associate of the firm, received his law degree from the Dickinson School of Law in 2001, and his BA, *cum laude*, from the University Scholars Program of the Pennsylvania State University in 1997. While in law school, Mr. Sweet served as Articles Editor of the *Dickinson Law Review*, and was also awarded Best Oral Advocate in the ATLA Junior Mock Trial Competition. Prior to joining Schiffrin & Barroway, Mr. Sweet practiced in the Pittsburgh office of Reed Smith LLP, where he specialized in complex civil litigation. Mr. Sweet is licensed to practice law in the Commonwealth of Pennsylvania and before the U.S. District Court for the Western District of Pennsylvania. He concentrates his practice in the area of securities litigation.

**ROBIN WINCHESTER**, an associate of the firm, received her law degree from Villanova University School of Law and received her undergraduate degree in Finance from St. Joseph's University. Prior to joining Schiffrin & Barroway, Ms. Winchester served as a law clerk to the Honorable Robert F. Kelly in the United States District Court for the Eastern District of Pennsylvania. Ms. Winchester is licensed to practice law in Pennsylvania and New Jersey and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania. She concentrates her practice in the area of shareholder derivative litigation.

**EDWARD W. CHANG**, an associate of the firm, received his law degree, with honors, from the George Washington University Law School. During law school Mr. Chang served as a staff member of the American Intellectual Property Law Association Quarterly Journal and published Bidding on Trespass: eBay v. Bidder'sEdge and the Abuse of Trespass Theory in Cyberspace Law, 29 AIPLA Q.J. 445 (2001). Mr. Chang received his undergraduate degree in International Relations, *cum laude*, from the University of Pennsylvania.

Prior to joining Schiffrin & Barroway, Mr. Chang served as a law clerk to the Honorable Ann O'Regan Keary of the Superior Court of the District of Columbia, and is licensed to practice

in New Jersey and Maryland. Mr. Chang concentrates his practice in the area of antitrust and

ERISA litigation.

**GERALD D. WELLS, III**, an associate of the firm, received his law degree from

Temple University School of Law, where he served on the editorial board of the Environment

Law & Technology Journal and was President of the Student Bar Association. Prior to joining

the firm, Mr. Wells was an associate at Mager White & Goldstein, LLP where he practiced in the

areas of complex commercial litigation, antitrust and securities litigation. He is licensed to

practice in Pennsylvania and New Jersey and has been admitted to practice before the United

States District Court for the District Court of New Jersey. Mr. Wells concentrates his practice in

the areas of antitrust, ERISA, and consumer protection.

**KAREN E. REILLY**, an associate of the firm, received her law degree from Pace

University School of Law, where she was a member of the Moot Court Board and National Moot

Court Team. Ms. Reilly received her undergraduate degree from the State University of New

York College at Purchase. She is licensed to practice law in Pennsylvania, New Jersey, New

York, Connecticut and Rhode Island and has been admitted to practice before the Eastern District

of Pennsylvania, District of New Jersey, Southern and Eastern Districts of New York, and the

District of Connecticut.

Prior to joining Schiffrin & Barroway, Ms. Reilly practiced at Pelino & Lentz, P.C. in

Philadelphia where she litigated a broad range of complex commercial cases. Ms. Reilly

concentrates her practice in the area of securities litigation.

**KENDALL S. ZYLSTRA**, a senior associate at the firm, received his law degree from

Temple University School of Law, where he graduated with the Temple Law Alumni/ae Moot

Court Award. Mr. Zylstra is licensed to practice law in Pennsylvania and has been admitted to

practice in the United States Court of Appeals for the Ninth Circuit, the United States District

Court for the Eastern District of Pennsylvania, the District of Oregon, the Eastern District of

Washington, the Western District of Washington, and the New Jersey Superior Court.

Prior to joining Schiffrin & Barroway, Mr. Zylstra practiced law at Berger & Montague, P.C. where is concentrated on antitrust and complex consumer protection litigation. He was an Assistant District Attorny in Philadelphia from 1991 to 1996, primarily prosecuting sexual assault and domestic violence cases. Mr. Zylstra also represented two classes of victims of human radiation experimentation conceived and conducted by the federal government in conjunction with state and private contractors as part of the U.S. atomic weapons research program during the Cold War. He was principally responsible for all areas of litigation on behalf of prisoner experimentation subjects, helping obtain settlements for over $4.7 million combined, and significantly contributed to a reversal by the Ninth Circuit Court of Appeals of a summary judgment dismissal of one of those cases on statute of limitations grounds. *See Bibeau, et al. v. Pacific Northwest Research Foundation, et al.*, 188 F.3d 1105 (9th Cir. 1999).

Mr. Zylstra made significant contributions in winning substantial recoveries in the Phen Fen litigation. Mr. Zylstra continues to concentrate his practice in antitrust, consumer protection and complex civil litigation.



SCHIFFRIN & BARROWAY, LLP
Attorneys at Law