**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CATHERINE DUKES, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>COLUMBIA ACORN FUND, COLUMBIA ACORN SELECT, COLUMBIA ACORN USA, COLUMBIA ASSET ALLOCATION FUND, COLUMBIA BALANCED FUND. COLUMBIA COMMON STOCK FUND, COLUMBIA DISCIPLINED VALUE FUND, COLUMBIA DIVIDEND INCOME FUND, COLUMBIA GROWTH & INCOME FUND, COLUMBIA GROWTH FUND, COLUMBIA GROWTH STOCK FUND, COLUMBIA LARGE CAP CORE FUND, COLUMBIA LARGE CAP GROWTH FUND, COLUMBIA LARGE COMPANY INDEX FUND, COLUMBIA LIBERTY FUND, COLUMBIA MID CAP GROWTH FUND, COLUMBIA MID CAP VALUE FUND, COLUMBIA REAL ESTATE EQUITY FUND, COLUMBIA SMALL CAP FUND, COLUMBIA SMALL CAP VALUE FUND, COLUMBIA SMALL COMPANY EQUITY FUND, COLUMBIA SMALL COMPANY INDEX FUND, COLUMBIA STRATEGIC INVESTOR FUND, COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH FUND, COLUMBIA TAX-MANAGED GROWTH FUND, COLUMBIA TAX-MANAGED GROWTH FUND II, COLUMBIA TAX-MANAGED VALUE FUND, COLUMBIA TECHNOLOGY FUND, COLUMBIA THERMOSTAT FUND, COLUMBIA UTILITIES FUND, COLUMBIA YOUNG INVESTOR FUND, COLUMBIA ACORN INTERNATIONAL FUND, COLUMBIA ACORN INTERNATIONAL SELECT FUND, COLUMBIA EUROPE FUND, COLUMBIA | Civil Action No. 1:04-cv-10315-PBS<br><br>Related Actions:<br>    1:04-cv-10355-PBS<br>    1:04-cv-10405-PBS<br>    1:04-cv-10408-PBS<br>    1:04-cv-10534-PBS<br>    1:04-cv-10555-MLW<br>    1:04-cv-10567-MEL<br>    1:04-cv-10603-PBS |

**Caption Continues On Next Page**

**MOTION OF THE COLUMBIA FUNDS LEAD PLAINTIFF MOVANTS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF STEERING COMMITTEE, AND APPROVAL OF SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL**

| | |
|---|---|
| GLOBAL EQUITY FUND, COLUMBIA INTERNATIONAL EQUITY FUND, COLUMBIA INTERNATIONAL STOCK FUND, COLUMBIA NEWPORT ASIA PACIFIC FUND, COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND, COLUMBIA NEWPORT GREATER CHINA FUND, COLUMBIA NEWPORT TIGER FUND, COLUMBIA CONTRARIAN INCOME FUND, COLUMBIA CORPORATE BOND FUND, COLUMBIA FEDERAL SECURITIES FUND, COLUMBIA FIXED INCOME SECURITIES FUND, COLUMBIA FLOATING RATE ADVANTAGE FUND, COLUMBIA FLOATING RATE FUND, COLUMBIA HIGH YIELD FUND, COLUMBIA HIGH YIELD OPPORTUNITY FUND, COLUMBIA INCOME FUND, COLUMBIA INTERMEDIATE BOND FUND, COLUMBIA INTERMEDIATE GOVERNMENT INCOME FUND, COLUMBIA MONEY MARKET FUND, COLUMBIA QUALITY PLUS BOND FUND, COLUMBIA SHORT TERM BOND FUND, COLUMBIA STRATEGIC INCOME FUND, COLUMBIA US TREASURY INDEX FUND, COLUMBIA CALIFORNIA TAX-EXEMPT FUND, COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL BOND, COLUMBIA CONNECTICUT TAX-EXEMPT FUND, COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA HIGH YIELD MUNICIPAL FUND, COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND, COLUMBIA MANAGED MUNICIPALS FUND, COLUMBIA MASSACHUSETTS INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND, COLUMBIA MUNICIPAL MONEY MARKET FUND, COLUMBIA NATIONAL MUNICIPAL BOND FUND, COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA NEW YORK TAX-EXEMPT FUND, COLUMBIA OREGON MUNICIPAL BOND FUND, COLUMBIA PENNSYLVANIA | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

**Caption Continues On Next Page**

INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL BOND FUND, COLUMBIA TAX-EXEMPT FUND, COLUMBIA TAX-EXEMPT INSURED FUND, COLUMBIA SMALL CAP GROWTH FUND, COLUMBIA EUROPEAN THEMATIC EQUITY FUND, COLUMBIA GLOBAL THEMATIC EQUITY FUND, COLUMBIA DAILY INCOME COMPANY FUND (collectively known as "COLUMBIA FUNDS"); COLUMBIA ACORN TRUST, COLUMBIA BALANCED FUND INC./OR, COLUMBIA COMMON STOCK FUND INC., COLUMBIA DAILY INCOME COMPANY, COLUMBIA FIXED INCOME SECURITIES FUND INC., COLUMBIA FLOATING RATE ADVANTAGE FUND, COLUMBIA FLOATING RATE FUND, COLUMBIA FUNDS TRUST I, COLUMBIA FUNDS TRUST II, COLUMBIA FUNDS TRUST III, COLUMBIA FUNDS TRUST IV, COLUMBIA FUNDS TRUST IX, COLUMBIA FUNDS TRUST V, COLUMBIA FUNDS TRUST VI, COLUMBIA FUNDS TRUST VII, COLUMBIA FUNDS TRUST VIII, COLUMBIA FUNDS TRUST XI, COLUMBIA GROWTH FUND INC., COLUMBIA HIGH YEILD FUND INC., COLUMBIA INSTITUTIONAL FLOATING RATE INCOME FUND, COLUMBIA INTERNATIONAL STOCK FUND INC., COLUMBIA MID CAP GROWTH FUND INC., COLUMBIA OREGON MUNICIPAL BOND FUND INC., COLUMBIA NATIONAL MUNICIPAL BOND FUND INC., COLUMBIA REAL ESTATE EQUITY FUND INC., COLUMBIA SHORT TERM BOND FUND INC., COLUMBIA SMALL CAP GROWTH FUND INC., COLUMBIA STRATEGIC INVESTOR FUND INC., COLUMBIA TECHNOLOGY FUND INC. (collectively known as "COLUMBIA FUNDS REGISTRANTS"); FLEETBOSTON FINANCIAL CORPORATION; COLUMBIA MANAGEMENT GROUP, INC.; COLUMBIA MANAGEMENT ADVISORS, INC.; COLUMBIA WANGER ASSET MANAGEMENT, L.P.; COLUMBIA FUNDS DISTRIBUTOR, INC.; and JOHN DOES 1-100,

                      Defendants.

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

The Columbia Funds Lead Plaintiff Movants (as defined by the accompanying memorandum of law), by its counsel, hereby move this Court for an Order: (i) consolidating the above-captioned actions (the "Massachusetts Actions"); (ii) appointing the Columbia Funds Lead Plaintiff Movants as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") with respect to all claims brought under the Securities Exchange Act of 1934 and the Securities Act of 1933 (collectively, the "Massachusetts PSLRA Claims"); (iii) approving the Columbia Funds Lead Plaintiff Movants' designation of a steering committee comprised of class members Jackie Williams, Robert Kemp, Edward Berkely, Paul H. Nelson, and John Virtuoso to represent the Columbia Funds Lead Plaintiff Movants as Lead Plaintiff; (iv) approving the Columbia Funds Lead Plaintiff Movants' selection of Milberg Weiss Bershad Hynes & Lerach LLP, pursuant to the PSLRA, as Lead Counsel of the Massachusetts PSLRA Claims, and as Coordinating Counsel with respect to the Massachusetts PSLRA Claims and all other claims asserted in the above-captioned actions (the "Non-PSLRA Claims") (collectively, with the PSLRA Claims, the "Massachusetts Claims"); and (v) approving the Columbia Funds Lead Plaintiff Movants' selection of Moulton & Gans, P.C. as Liaison Counsel for the Class.  In support of this Motion, Movants submit herewith a Memorandum of Law, a Declaration, and a [Proposed] Order.

DATED:   April 13, 2004

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109-4216
Telephone:  (617) 369-7979

*Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:  (212) 594-5300

*Proposed Lead Counsel and Coordinating Counsel for the Class*

**LAW OFFICES OF CURTIS V. TRINKO, LLP**
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY  10036
(212) 490-9550

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland  21202
(410) 986-0036

        **RABIN, MURRAY & FRANK LLP**
        Eric J. Belfi
        275 Madison Avenue
        New York, NY  10016
        (212) 682-1818

        **GLANCY & BINKOW LLP**
        Lionel Glancy
        Michael Goldberg
        1801 Avenue of the Stars, Suite 311
        Los Angeles, CA  90067
        (310) 201-9150

        *Plaintiffs' Counsel*

## RULE 7.1(A) CERTIFICATE

I, Nancy F. Gans, Proposed Liaison Counsel, hereby certify that as of April 13, 2004, defendants in this action have not appeared. The Motion Of The Columbia Funds Lead Plaintiff Movants For Consolidation, Appointment Of Lead Plaintiff, Appointment of Steering Committee, And Approval Of Selection Of Lead Counsel, Coordinating Counsel, And Liaison Counsel, submitted contemporaneously herewith is required by statute.

DATED:  April 13, 2004                       Respectfully submitted,

                                                        **MOULTON & GANS P.C.**

                                                        By: <u>/s/ Nancy Freeman Gans</u>
                                                        Nancy Freeman Gans, BBO #184540
                                                        33 Broad Street, Suite 1100
                                                        Boston, MA  02109-4216
                                                        Telephone:  (617) 369-7979

                                                        *Proposed Liaison Counsel*

**CERTIFICATE OF SERVICE**

On April 13, 2004, I, Sharon M. Lee, an associate of the law firm of Milberg Weiss Bershad Hynes & Lerach LLP, one of the plaintiffs' counsel in this action, caused the following documents to be served by U.S. Mail, on the persons listed below:

1. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE COLUMBIA FUNDS LEAD PLAINTIFF MOVANTS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF STEERING COMMITTEE, AND APPROVAL OF SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL;

2. MOTION OF THE COLUMBIA FUNDS LEAD PLAINTIFF MOVANTS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF STEERING COMMITTEE, AND APPROVAL OF SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL;

3. DECLARATION OF NANCY F. GANS IN SUPPORT OF THE MOTION OF THE COLUMBIA FUNDS LEAD PLAINTIFF MOVANTS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF STEERING COMMITTEE, APPROVAL OF SELECTION OF LEAD COUNSEL, COORDINDATING COUNSEL, AND LIAISON COUNSEL; and

4. [PROPOSED] ORDER CONSOLIDATING ACTIONS, AND APPOINTING LEAD PLAINTIFF AND STEERING COMMITTEE, APPROVING SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL.

Dated April 13, 2004

/s/ Sharon M. Lee
Sharon M. Lee

**Service List**

**Plaintiffs' Counsel:**

Jules Brody
Aaron Brody
Tzivia Brody
**Stull Stull & Brody**
6 East 45th Street
New York, NY 10017

Joseph H. Weiss
**Weiss & Yourman**
551 Fifth Avenue
New York, NY 10176

David Pastor
**Gilman and Pastor, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Ronald B. Rubin
Patrick C. Smith
Michael A. Stodghill
**Rubin & Rubin, Chartered**
One Church Street, Suite 301
Rockville, Maryland 20850

Nadeem Faruqi
Shane Rowley
Antonio Vozzolo
**Faruqi & Faruqi LLP**
320 East 39th Street
New York, NY 10016

Brian I. Robbins
Jeffrey P. Fink
**Robbins Umeda & Fink, LLP**
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Steven J. Brooks
Robert D. Hamilton
**Deutsch Williams Brooks**
  **Derensis & Holland, P.C.**
99 Summer Street
Boston, MA 02110

Nicholas E. Chimicles
Denise Davis Schwartzman
Timothy N. Mathews
**Chimicles & Tikellis LLP**
361 W. Lancaster Avenue
Haverford, PA 19041

Alan L. Kovacs
**Law Office of Alan L. Kovacs**
2001 Beacon Street
Suite 106
Boston, MA 02135

Stanley M. Grossman
H. Adam Prussin
Ronen Sarraf
**Pomerantz Haudek Block**
  **Grossman & Gross LLP**
100 Park Avenue 26th Fl.
New York, NY 10017

Richard J. Vita
**Law Offices of Richard J. Vita, P.C.**
77 Franklin Street, Suite 300
Boston, MA 02110

Thomas M. Sobol
**Hagens Berman LLP**
225 Franklin Street, 26th Fl.
Boston, MA 02110

Lawrence W. Schad
James Shedden
Steven Tomiello
Tony Kim
**Beeler, Schad & Diamond, P.C.**
332 South Michigan Ave.
Suite 1000
Chicago, IL 60604

6

Marvin A. Miller
Jennifer W. Sprengel
Christopher B. Sanchez
**Miller Faucher & Cafferty LLP**
30 North La Salle Street
Suite 3200
Chicago, IL 60602

Samuel H. Rudman
David A. Rosenfeld
**Cauley Geller Bowman & Rudman, LLP**
200 Broadhollow Road
Melville, NY 11747

Marc A. Topaz
Stuart L. Berman
**Schiffrin & Barroway, LLP**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Nancy Freeman Gans
**Moulton & Gans**
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Charles J. Piven, P.A.
**Law Offices of Charles J. Piven**
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

Lionel Glancy
**Glancy & Binkow LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Eric J. Belfi
**Rabin, Murray & Frank LLP**
275 Madison Avenue
New York, NY 10016

Curtis V. Trinko
**Law Offices of Curtis V. Trinko, LLP**
16 West 46th Street, 7th Floor

New York, NY 10036

**Defendants' Counsel:**

Robert S. Henderson
Steven W. Hansen
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110

Kenneth E. Rechtoris
**Bell, Boyd & Lloyd, LLC**
Three First National Plaza
70 West Madison Street, Suite 3300
Chicago, Illinois 60602

Brien T. O'Connor
**Ropes & Gray LLP**
One International Place
Boston, MA 02110-2624

Ira K. Gross
**Sullivan & Worchester LLP**
One Post Office Square
Boston, MA 02109

Paul K. Rowe
Stephen R. DiPrima
Martin J.E. Arms
Michael S. Winograd
**Wachtell, Lipton Rosen & Katz**
51 West 52nd Street
New York, NY 10019