# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CATHERINE DUKES, Individually and On Behalf of : All Others Similarly Situated,

                             Plaintiff,

                  vs.

COLUMBIA ACORN FUND, COLUMBIA ACORN
SELECT, COLUMBIA ACORN USA, COLUMBIA
ASSET ALLOCATION FUND, COLUMBIA
BALANCED FUND. COLUMBIA COMMON
STOCK FUND, COLUMBIA DISCIPLINED
VALUE FUND, COLUMBIA DIVIDEND INCOME
FUND, COLUMBIA GROWTH & INCOME FUND,
COLUMBIA GROWTH FUND, COLUMBIA
GROWTH STOCK FUND, COLUMBIA LARGE
CAP CORE FUND, COLUMBIA LARGE CAP
GROWTH FUND, COLUMBIA LARGE
COMPANY INDEX FUND, COLUMBIA LIBERTY
FUND, COLUMBIA MID CAP GROWTH FUND,
COLUMBIA MID CAP VALUE FUND,
COLUMBIA REAL ESTATE EQUITY FUND,
COLUMBIA SMALL CAP FUND, COLUMBIA
SMALL CAP VALUE FUND, COLUMBIA SMALL
COMPANY EQUITY FUND, COLUMBIA SMALL
COMPANY INDEX FUND, COLUMBIA
STRATEGIC INVESTOR FUND, COLUMBIA
TAX-MANAGED AGGRESSIVE GROWTH FUND,
COLUMBIA TAX-MANAGED GROWTH FUND,
COLUMBIA TAX-MANAGED GROWTH FUND II,
COLUMBIA TAX-MANAGED VALUE FUND,
COLUMBIA TECHNOLOGY FUND, COLUMBIA
THERMOSTAT FUND, COLUMBIA UTILITIES
FUND, COLUMBIA YOUNG INVESTOR FUND,
COLUMBIA ACORN INTERNATIONAL FUND,
COLUMBIA ACORN INTERNATIONAL SELECT
FUND, COLUMBIA EUROPE FUND, COLUMBIA

Civil Action No. 1:04-cv-10315-PBS

Related Actions:
    1:04-cv-10355-PBS
    1:04-cv-10405-PBS
    1:04-cv-10408-PBS
    1:04-cv-10534-PBS
    1:04-cv-10555-MLW
    1:04-cv-10567-MEL
    1:04-cv-10603-PBS

**Caption Continues On Next Page**

## [PROPOSED] ORDER CONSOLIDATING ACTIONS, AND APPOINTING LEAD PLAINTIFF AND STEERING COMMITTEE, APPROVING SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL

GLOBAL EQUITY FUND, COLUMBIA                        :
INTERNATIONAL EQUITY FUND, COLUMBIA                 :
INTERNATIONAL STOCK FUND,COLUMBIA                   :
NEWPORT ASIA PACIFIC FUND, COLUMBIA                 :
NEWPORT JAPAN OPPORTUNITIES FUND,                   :
COLUMBIA NEWPORT GREATER CHINA                      :
FUND, COLUMBIA NEWPORT TIGER FUND,                  :
COLUMBIA CONTRARIAN INCOME FUND,                    :
COLUMBIA CORPORATE BOND FUND,                       :
COLUMBIA FEDERAL SECURITIES FUND,                   :
COLUMBIA FIXED INCOME SECURITIES                    :
FUND, COLUMBIA FLOATING RATE                        :
ADVANTAGE FUND, COLUMBIA FLOATING                   :
RATE FUND, COLUMBIA HIGH YIELD FUND,                :
COLUMBIA HIGH YIELD OPPORTUNITY FUND,               :
COLUMBIA INCOME FUND, COLUMBIA                      :
INTERMEDIATE BOND FUND, COLUMBIA                    :
INTERMEDIATE GOVERNMENT INCOME                      :
FUND, COLUMBIA MONEY MARKET FUND,                   :
COLUMBIA QUALITY PLUS BOND FUND,                    :
COLUMBIA SHORT TERM BOND FUND,                      :
COLUMBIA STRATEGIC INCOME FUND,                     :
COLUMBIA US TREASURY INDEX FUND,                    :
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                :
COLUMBIA CONNECTICUT INTERMEDIATE                   :
MUNICIPAL BOND, COLUMBIA                            :
CONNECTICUT TAX-EXEMPT FUND,                        :
COLUMBIA FLORIDA INTERMEDIATE                       :
MUNICIPAL BOND FUND, COLUMBIA HIGH                  :
YIELD MUNICIPAL FUND, COLUMBIA                      :
INTERMEDIATE TAX-EXEMPT BOND FUND,                  :
COLUMBIA MANAGED MUNICIPALS FUND,                   :
COLUMBIA MASSACHUSETTS                              :
INTERMEDIATE MUNICIPAL BOND FUND,                   :
COLUMBIA MASSACHUSETTS TAX-EXEMPT                   :
FUND, COLUMBIA MUNICIPAL MONEY                      :
MARKET FUND, COLUMBIA NATIONAL                      :
MUNICIPAL BOND FUND, COLUMBIA NEW                   :
JERSEY INTERMEDIATE MUNICIPAL BOND                  :
FUND, COLUMBIA NEW YORK                             :
INTERMEDIATE MUNICIPAL BOND FUND,                   :
COLUMBIA NEW YORK TAX-EXEMPT FUND,                  :
COLUMBIA OREGON MUNICIPAL BOND                      :
FUND, COLUMBIA PENNSYLVANIA                         :

**Caption Continues On Next Page**

INTERMEDIATE MUNICIPAL BOND FUND,                       :
COLUMBIA RHODE ISLAND INTERMEDIATE                      :
MUNICIPAL BOND FUND, COLUMBIA TAX-                      :
EXEMPT FUND, COLUMBIA TAX-EXEMPT                        :
INSURED FUND, COLUMBIA SMALL CAP                        :
GROWTH FUND, COLUMBIA EUROPEAN                          :
THEMATIC EQUITY FUND, COLUMBIA                          :
GLOBAL THEMATIC EQUITY FUND,                            :
COLUMBIA DAILY INCOME COMPANY FUND                      :
(collectively known as "COLUMBIA FUNDS");               :
COLUMBIA ACORN TRUST, COLUMBIA                          :
BALANCED FUND INC./OR, COLUMBIA                         :
COMMON STOCK FUND INC., COLUMBIA                        :
DAILY INCOME COMPANY, COLUMBIA FIXED                    :
INCOME SECURITIES FUND INC., COLUMBIA                   :
FLOATING RATE ADVANTAGE FUND,                           :
COLUMBIA FLOATING RATE FUND,                            :
COLUMBIA FUNDS TRUST I, COLUMBIA                        :
FUNDS TRUST II, COLUMBIA FUNDS TRUST                    :
III, COLUMBIA FUNDS TRUST IV, COLUMBIA                  :
FUNDS TRUST IX, COLUMBIA FUNDS TRUST                    :
V, COLUMBIA FUNDS TRUST VI, COLUMBIA                    :
FUNDS TRUST VII, COLUMBIA FUNDS TRUST                   :
VIII, COLUMBIA FUNDS TRUST XI, COLUMBIA                 :
GROWTH FUND INC., COLUMBIA HIGH YEILD                   :
FUND INC., COLUMBIA INSTITUTIONAL                       :
FLOATING RATE INCOME FUND, COLUMBIA                     :
INTERNATIONAL STOCK FUND INC.,                          :
COLUMBIA MID CAP GROWTH FUND INC.,                      :
COLUMBIA OREGON MUNICIPAL BOND FUND                     :
INC., COLUMBIA NATIONAL MUNICIPAL                       :
BOND FUND INC., COLUMBIA REAL ESTATE                    :
EQUITY FUND INC., COLUMBIA SHORT TERM                   :
BOND FUND INC., COLUMBIA SMALL CAP                      :
GROWTH FUND INC., COLUMBIA STRATEGIC                    :
INVESTOR FUND INC., COLUMBIA                            :
TECHNOLOGY FUND INC. (collectively known as            :
"COLUMBIA FUNDS REGISTRANTS");                          :
FLEETBOSTON FINANCIAL CORPORATION;                      :
COLUMBIA MANAGEMENT GROUP, INC.;                        :
COLUMBIA MANAGEMENT ADVISORS, INC.;                     :
COLUMBIA WANGER ASSET MANAGEMENT,                       :
L.P.; COLUMBIA FUNDS DISTRIBUTOR, INC.;                 :
and JOHN DOES 1-100,                                    :
                                                        :
                          Defendants.                   :

Having considered the Motion Of The Columbia Funds Lead Plaintiff Movants For Consolidation, Appointment As Lead Plaintiff, Appointment Of Steering Committee, And Approval Of Selection Of Lead Counsel, Coordinating Counsel, And Liaison Counsel (the "Motion") and good cause appearing therefore, the Court orders as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated;

3.      The Columbia Funds Lead Plaintiff Movants are the "most adequate plaintiff" and accordingly, are appointed Lead Plaintiff to represent the Class with respect to all claims brought under the Securities Exchange Act of 1934 and the Securities Act of 1933 (collectively, the "Massachusetts PSLRA Claims");

4.      The Columbia Funds Lead Plaintiff Movants' designation of a steering committee comprised Jackie Williams, Robert Kemp, Edward Berkely, Paul H. Nelson, and John Virtuoso to represent the Columbia Funds Lead Plaintiff Movants as Lead Plaintiff is approved;

5.      The Columbia Funds Lead Plaintiff Movants' selection of Milberg Weiss Bershad Hynes & Lerach LLP, pursuant to the PSLRA, as Lead Counsel of the Massachusetts PSLRA Claims and as Coordinating Counsel with respect to the PSLRA Claims, and all other claims asserted in the above-captioned actions (the "Non-PSLRA Claims") (collectively, with the PSLRA Claims, the "Massachusetts Claims") is hereby approved; and

6.      The Columbia Funds Lead Plaintiff Movants' selection of Moulton & Gans, P.C.,

pursuant to the PSLRA, as Liaison Counsel for the Class is hereby approved.

IT IS SO ORDERED.

DATED: _____, 2004

_____

United States District Court Judge