# EXHIBIT A

EXHIBIT A

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| 2/13/04 | Catherine Dukes, Individually And On Behalf Of All Others Similarly Situated, v. Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity Fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater China Fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income Fund, Columbia Us Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals | 04-CV-10315 (PBS) |

1

EXHIBIT A

Columbia Funds Related Actions

DISTRICT OF MASSACHUSETTS:

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Oregon Municipal Bond Fund, Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax- Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Small Cap Growth Fund , Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund, Columbia Daily Income Company Fund (Collectively Known As "Columbia Funds"); Columbia Acorn Trust, Columbia Balanced Fund Inc./Or, Columbia Common Stock Fund Inc., Columbia Daily Income Company, Columbia Fixed Income Securities Fund Inc, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Oregon Municipal Bond Fund Inc., Columbia National Municipal Bond Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Strategic Investor Fund Inc., Columbia Technology Fund Inc. (Collectively Known As "Columbia Funds Registrants"); FleetBoston Financial Corporation; Columbia Management Group, Inc.; Columbia Management Advisors, Inc.; Columbia Wanger Asset Management, L.P.; Columbia Funds Distributor, Inc.; And John Does 1-100 | |
| 2/23/04 | AB Medical Equipment Corp, Individually And On Behalf Of All Others Individually Situated, v. FleetBoston Financial Corporation Columbia Management Group, Inc.; Columbia Management Advisors, Inc.; Columbia Wanger Asset Management, L.P.; | 04-CV-10355 (PBS) |

2

EXHIBIT A

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
|  | Columbia Funds Distributor, Inc.; Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund, Inc., Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity Fund, Columbia International Stock Fund Inc., Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater China Fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund , Columbia Corporate Bond Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield Fund Inc., Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts |  |

3

**EXHIBIT A**

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
|  | *Intermediate Municipals Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia Oregon Municipal Bond Fund, Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund, Columbia Daily Income Company Fund, Columbia Acorn Trust ;Columbia Balanced Fund Inc.;Columbia Common Stock Fund Inc.;;Columbia Daily Income Company;Columbia Fixed Income Securities Fund; Columbia Funds Trust I, Columbia Funds Trust II,Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V* |  |
| 3/01/04 | *Steven B. Ehrlich, Custodian For Cory Ryan Ehrlich UTMA /Florida, Individually And On Behalf Of All Others Similarly Situated, Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia Asset Allocation Fund, Columbia Balanced Fund. Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn* | 04-CV-10405 (PBS) |

4

EXHIBIT A

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | *International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity Fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater China Fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income Fund, Columbia Us Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Oregon Municipal Bond Fund, Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax- Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Small Cap Growth Fund , Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund, Columbia Daily Income Company Fund (Collectively Known As "Columbia Funds"); Columbia Acorn Trust, Columbia Balanced Fund Inc./Or, Columbia Common Stock Fund Inc., Columbia Daily Income Company, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds* | |

5

**EXHIBIT A**

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | *Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Oregon Municipal Bond Fund Inc., Columbia National Municipal Bond Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Strategic Investor Fund Inc., Columbia Technology Fund Inc. (Collectively Known As "Columbia Funds Registrants"); FleetBoston Financial Corporation; Columbia Management Group, Inc.; Columbia Management Advisors, Inc.; Columbia Wanger Asset Management, L.P.; Columbia Funds Distributor, Inc.; And John Does 1-100* | |
| 3/01/04 | *Lawrence S. Wick, As Custodian For Ryan S. Wick, Andrew T. Wick And Hayley L. Wick v. Columbia Acorn International, Columbia Acorn International Select, Columbia Acorn Select, Columbia Acorn Trust, Columbia Acorn USA, Columbia Acorn Fund, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Balanced Fund Inc., Columbia California Tax-Exempt Fund, Columbia Common Stock Fund, Columbia Common Stock Fund Inc., Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Daily Income Company, Columbia Daily Income Company Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Europe Fund, Columbia European Thematic Equity Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund Inc., Columbia Fixed Income Securities Fund, Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Funds Distributor, Inc., Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust* | 04-CV-10408 (PBS) |

6

EXHIBIT A

## Columbia Funds Related Actions

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | XI, Columbia Global Equity Fund, Columbia Global Thematic Equity Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Fund Inc., Columbia Growth Stock Fund, Columbia High Yield Fund Inc., Columbia High Yield Municipal Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Institutional Floating Rate Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia International Equity Fund, Columbia International Stock Fund, Columbia International Stock Fund Inc., Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Liberty Fund, Columbia Managed Municipals Fund, Columbia Management Advisors, Inc., Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Growth Fund Inc., Columbia Mid Cap Value Fund, Columbia Money Market Fund, Columbia Municipal Money Market Fund, Columbia Management Group, Inc., Columbia National Municipal Bond Fund Inc., Columbia National Municipal Bond Fund, Inc., Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Greater China Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Tiger Fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Quality Plus Bond Fund, Columbia Real Estate Equity Find Inc., Columbia Real Estate Equity Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Short Term Bond Fund, Columbia Short Term Bond Fund Inc., Columbia Small Cap Fund, Columbia Small Cap Growth Fund Inc., Columbia Small Cap Value Fund, Columbia Small Cap Growth Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Income Fund, Columbia Strategic Investor Fund Inc., Columbia Strategic Investor Fund, Inc., Columbia Tax-Exempt Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed | |

7

**EXHIBIT A**

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
|  | *Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Tax-Exempt Insured Fund, Columbia Technology Fund, Columbia Technology Fund Inc., Columbia Thermostat Fund, Columbia US Treasury Index Fund, Columbia Utilities Fund, Columbia Wanger Asset Management, L.P., Columbia Young Investor Fund, FleetBoston Financial Corporation, Columbia Large Company Index* |  |
| 3/16/04 | *George Slaybe And Pamela Yameen v. Columbia Management Advisors, Inc.* | 04-CV-10534 (PBS) |
| 3/19/04 | *David Armetta, Derivatively On Behalf Of The Columbia Common Stock Fund, v. FleetBoston Financial Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas A. Steel, Thomas C. Theobald, Ann-Lee Verville, Richard L. Woolworth, William E. Mayer, Joseph R. Palumbo, Columbia Common Stock Fund, Does 1 Through 100* | 04-CV-10555 (MLW) |
| 3/23/04 | *Edward I. Segel, Derivatively On Behalf Of The Columbia Acorn Fund, Columbia Acorn Trust, And The "Columbia Funds" v. FleetBoston Financial Corporation, Fleet National Bank, Columbia Management Group, Inc., Columbia Fund Services, Inc., Columbia Wanger Asset Management, Columbia Management Advisors, Inc., Columbia Funds Distributor, Inc., John Does 1-4,Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven N. Kaplan, David C. Kleinman, Allan B. Muchin, John A. Wing, Charles P. Mcquaid, Ralph Wanger, Ilytat, L.P., Ritchie Capital Management, Inc., Edward J. Stern, Canary Capital Partners LLC, Canary Capital Partners LTD., Canary Investment Management, LLC, Daniel Calugar, Sol Giscelone, D.R. Loeser, Signalert Corporation, Alan Waldbaum, Tandem Financial Services, Columbia Acorn Fund, Columbia Acorn Trust, Columbia Funds* | 04-CV-10567 (MEL) |
| 3/29/04 | *Luann K. Caprio, Individually And On Behalf Of All Others Similarly Situated, v. Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia* | 04-CV-10603 (PBS) |

8

**EXHIBIT A**

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
|  | *Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity Fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater China Fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income Fund, Columbia Us Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Municipal Money Market Fund,* |  |

9

**EXHIBIT A**

**Columbia Funds Related Actions**

**DISTRICT OF MASSACHUSETTS:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | Columbia National Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Oregon Municipal Bond Fund, Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax- Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Small Cap Growth Fund , Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund, Columbia Daily Income Company Fund (Collectively Known As "Columbia Funds"); Columbia Acorn Trust, Columbia Balanced Fund Inc./Or, Columbia Common Stock Fund Inc., Columbia Daily Income Company, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Oregon Municipal Bond Fund Inc., Columbia National Municipal Bond Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Strategic Investor Fund Inc., Columbia Technology Fund Inc. (Collectively Known As "Columbia Funds Registrants"); FleetBoston Financial Corporation; Columbia Management Group, Inc.; Columbia Management Advisors, Inc.; Columbia Wanger Asset Management, L.P.; Columbia Funds Distributor, Inc.; And John Does 1-100 | |

**EXHIBIT A**

**Columbia Funds Related Actions**

**SOUTHERN DISTRICT OF NEW YORK:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| 2/25/04 | Karen M. McKenna, Individually And On Behalf Of All Others Similarly Situated, v. Columbia Floating Rate Fund, Columbia Acorn Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Acorn Select, Columbia Acorn Trust, Columbia Acorn USA, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Balanced Fund Inc./Or., Columbia California Tax Exempt Fund, Columbia Common Stock Fund, Columbia Common Stock Fund Inc., Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Daily Income Company, Columbia Daily Income Company Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Europe Fund, Columbia European Thematic Equity Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Funds Distributor, Inc., Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust IX, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI, Columbia Global Equity Fund, Columbia Global Thematic Equity Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Fund Inc., Columbia Growth Stock Fund, Columbia High Yield Fund, Columbia High Yield Fund Inc., Columbia High Yield Municipal Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Institutional Floating Rate Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia International Stock Fund Inc., Columbia International Equity Fund, Columbia International Stock Fund, Columbia Large Cap Core Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Managed Municipals Fund, Columbia Management Advisors, Inc., Columbia Management Group, Inc., Columbia Massachusetts Intermediate | 04-CV-1576 (RMB) |

11

**EXHIBIT A**

**Columbia Funds Related Actions**

**SOUTHERN DISTRICT OF NEW YORK:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | *Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Growth Fund Inc., Columbia Mid Cap Value Fund, Columbia Money Market Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Greater China Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Tiger Fund, Columbia Oregon Municipal Bond Fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Quality Plus Bond Fund, Columbia Rate Fund, Columbia Real Estate Equity Fund, Columbia Real Estate Equity Fund Inc., Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Short Term Bond Fund, Columbia Short Term Bond Fund Inc., Columbia Small Cap Fund, Columbia Small Cap Growth Fund, Columbia Small Cap Growth Fund Inc., Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Small Company Growth Fund, Columbia Strategic Investor Fund, Columbia Strategic Investor Fund Inc., Columbia Strategic Investor Fund, Columbia Strategic Income Fund, Columbia Tax Managed Growth Fund, Columbia Tax-Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Technology Fund Inc., Columbia Thermostat Fund, Columbia US Treasury Index Fund, Columbia Utilities Fund, Columbia Wanger Asset Management, L.P., Columbia Young Investor Fund, John Does, FleetBoston Financial Corporation, Floating Columbia Fixed Income Securities Fund* | |
| 3/09/04 | *R. L. Simmonds And Jean Simmonds, On Behalf Of Themselves And On Behalf Of All Others Similarly Situated, v. Columbia Acorn Trust, Columbia Liberty Fund, Columbia Management Group, Inc., Columbia National Municipal Bond Fund Inc., Columbia Acorn Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia* | 04-CV-1879 (RMB) |

12

**EXHIBIT A**

**Columbia Funds Related Actions**

**SOUTHERN DISTRICT OF NEW YORK:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | *Asset Allocation Fund, Columbia Balanced Fund, Columbia Balanced Fund Inc./Or, Columbia Common Stock Fund Inc., Columbia California Tax-Exempt Fund, Columbia Common Stock Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Daily Income Company, Columbia Daily Income Company Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Europe Fund, Columbia European Thematic Equity Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Funds Distributor, Inc., Columbia Funds Trust I, Columbia Funds Trust II, Columbia Funds Trust III, Columbia Funds Trust IV, Columbia Funds Trust V, Columbia Funds Trust VI, Columbia Funds Trust VII, Columbia Funds Trust VIII, Columbia Funds Trust XI, Columbia Global Equity Fund, Columbia Global Thematic Equity Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Fund Inc., Columbia Growth Stock Fund, Columbia High Yield Fund, Columbia High Yield Fund Inc., Columbia High Yield Municipal Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Institutional Floating Rate Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia International Stock Fund Inc., Columbia International Equity Fund, Columbia International Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Managed Municipals Fund, Columbia Management Advisors, Inc., Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Mid Cap Growth Fund,* | |
| | *Columbia Mid Cap Growth Fund Inc., Columbia Mid Cap Value Fund, Columbia Money Market Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-* | |

13

**EXHIBIT A**

**Columbia Funds Related Actions**

**SOUTHERN DISTRICT OF NEW YORK:**

| DATE FILED | CASE NAME | CIVIL ACTION NO. |
|---|---|---|
| | *Exempt Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Greater China Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Tiger Fund, Columbia Oregon Municipal Bond Fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Quality Plus Bond Fund, Columbia Rate Fund, Columbia Real Estate Equity Fund, Columbia Real Estate Equity Fund Inc., Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Short Term Bond Fund, Columbia Short Term Bond Fund Inc., Columbia Small Cap Fund, Columbia Small Cap Growth Fund, Columbia Small Cap Growth Fund Inc., Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Income Fund, Columbia Strategic Investor Fund, Columbia Strategic Investor Fund Inc., Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Technology Fund Inc., Columbia Thermostat Fund, Columbia US Treasury Index Fund, Columbia Utilities Fund, Columbia Wanger Asset Management, L.P., Columbia Young Investor Fund, John Does, FleetBoston Financial Corporation, Floating Columbia Fixed Income Securities Fund* | |

14