# EXHIBIT B

EXHIBIT B

Columbia Funds Actions & Claims Asserted Therein

DISTRICT OF MASSACHUSETTS:

| Date Filed | Case Name | Claims |
|---|---|---|
| 02/13/04 | *Dukes v. Columbia Acorn Fund, et al.*, 04-CV-10315 (PBS) | -Securities Act[1]<br>-Exchange Act[2]<br>-Investment Advisers Act[3] |
| 02/23/04 | *AB Medical Equipment Corp. v. FleetBoston Financial Corporation, et al.*, 04-CV-10355 (PBS) | -Securities Act<br>-Exchange Act<br>-Investment Company Act[4]<br>-Breach of Fiduciary Duty |
| 03/01/04 | *Ehrlich v. Columbia Acorn Fund, et al.*, 04-CV-10405 (PBS) | -Securities Act<br>-Exchange Act<br>-Investment Advisers Act |
| 03/01/04 | *Wick v. FleetBoston Financial Corporation, et al.*, 04-CV-10408 (PBS) | -Securities Act<br>-Exchange Act<br>-Investment Advisers Act |
| 03/16/04 | *Slaybe, et al. v. Columbia Management Advisers, Inc.*, 04-CV-10534 (PBS) | -Investment Company Act<br>-Exchange Act |
| 03/19/04 | *Armetta v. FleetBoston Financial Corporation et al.*, 04-CV-10555 (MLW) | -Investment Company Act<br>-Common Law Breach of Fiduciary Duty |
| 03/23/04 | *Segel, et al. v. Fleetboston Financial Corporation, et al.*, 04-CV-10567 (MEL) | -Investment Company Act<br>-Investment Advisers Act<br>-Exchange Act<br>-Common Law Breach of Fiduciary Duty<br>-Aiding and Abetting Breach of Fiduciary Duty<br>-Civil Conspiracy |
| 03/29/04 | *Caprio v. Columbia Acorn Fund, et al.*, 04-CV-10603 (PBS) | -Securities Act |

---

[1] The Securities Act of 1933, 15 U.S.C. § 77a, *et seq.* (the "Securities Act").
[2] The Securities Exchange Act of 1934, 15 U.S.C. § 78a, *et seq.* (the "Exchange Act"), and Securities and Exchange Commission Rules promulgated thereunder (the "Rules").
[3] The Investment Advisers Act of 1940, 15 U.S.C. § 80b-1, *et seq.* (the "Investment Advisers Act").
[4] The Investment Company Act of 1940, 15 U.S.C. § 80a-1, *et seq.* (the "Investment Company Act").

1

**EXHIBIT B**

**Columbia Funds Actions & Claims Asserted Therein**

**DISTRICT OF MASSACHUSETTS:**

| Date Filed | Case Name | Claims |
|---|---|---|
| | | -Exchange Act<br>-Investment Advisers Act |

**SOUTHERN DISTRICT OF NEW YORK:**

| Date Filed | Case Name | Claims |
|---|---|---|
| 02/25/04 | *McKenna v. Columbia Acorn Fund, et al.*, 04-CV-01576 (RMB) | -Securities Act<br>-Exchange Act<br>-Investment Advisers Act |
| 03/09/04 | *Simmonds, et al. v. Columbia Acorn Fund, et al.*, 04-CV-01879 (RMB) | -Securities Act<br>-Exchange Act<br>-Investment Advisers Act |

2