# EXHIBIT C

**Columbia Movants by Fund**

| MOVANT | TICKER | FUND NAME |
|---|---|---|
| Berkely, Edward | ACRNX | Columbia Acorn Fund |
| Burda, Steven | | |
| Caprio, LuAnn K. | | |
| Graceffa, Emilia | | |
| Kemp, Robert | | |
| Nelson, Paul H. | | |
| | | |
| Graceeffa, Russel | LACBX | Columbia Acorn Fund B |
| Graceffa, Kelly | | |
| Jackson, Timothy R. | | |
| | | |
| Cohen, Joan | LTFCX | Columbia Acorn Select |
| Rosewarne, Phillip | | |
| | | |
| Williams, Jackie | ACTWX | Columbia Acorn Select -Z |
| | | |
| Taroli, Chris | CMSBX | Columbia Common Stock Fund |
| Williams, Jackie | | |
| | | |
| Williams, Jackie | CMSTX | Columbia Common Stock Fund-Z |
| | | |
| Kemp, Robert | CFIAX | Columbia Fixed Income Securities Fund |
| Williams, Jackie | | |
| | | |
| Carrier, William | CFGBX | Columbia Growth & Income Fund |
| Norris, Betty-Jane | | |
| Caprio, LuAnn K. | LGISX | Columbia Growth & Income Fund B |
| | | |
| Kemp, Robert | CGWAX | Columbia Growth Fund |
| Williams, Jackie | | |
| Williams, Jackie | CLMBX | Columbia Growth Fund-Z |
| Williams, Jackie | CHGAX | Columbia High Yield Fund |
| | | |
| Williams, Jackie | CISAX | Columbia International Stock Fund |
| | | |
| Williams, Jackie | CMISX | Columbia International Stock Fund-Z |
| Reddy, Philip J. | SGIEX | Columbia Large Cap Core Fund |
| Reddy, Philip J. | | |
| | | |
| Bryson, Richard F. | GBEGX | Columbia Large Cap Growth |
| Bryson, Linda M. | | |

**Reddy, JoAnn C.**

| | | |
|---|---|---|
| **Virtuoso, John** | LLIAX | Columbia Large Company Index |
| **Norris, Betty-Jane** | COLFX | Columbia Liberty Fund |
| **Williams, Jackie** | COLGX | Columbia Midcap Value Fund |
| **Dukes, Catherine** <br> **Ehrlich, Stephen** | NGCAX | Columbia Newport Greater China Fund |
| **Williams, Jackie** | COLGX | Columbia Real Estate Equity Fund |
| **Nelson, Paul H.** <br> **Williams, Jackie** | CREEX | Columbia Real Estate Equity Fund Z |
| **Williams, Jackie** | CTBAX | Columbia Short Term Bond Fund |
| **Virtuoso, John** <br> **Williams, Jackie** | LSMAX | Columbia Small Cap Fund |
| **Williams, Jackie** | CMSCX | Columbia Small Cap Fund-Z |
| **Williams, Jackie** | CSVAX | Columbia Strategic Investor Fund |
| **Williams, Jackie** | CSVFX | Columbia Strategic Value Fund-Z |
| **Williams, Jackie** | CTCAX | Columbia Technology Fund |
| **Nelson, Paul H.** | CUTLX | Columbia Utilities Class A |
| **Williams, Jackie** | ACRNX | Liberty Acorn Fund* |
| **Williams, Jackie** | ACINX | Liberty Acorn International* |
| **Howard, Gary Wade** | LACAX | Liberty Acorn Trust* |
| **Williams, Jackie** | ACTWX | Liberty Acorn Twenty-Z* |
| **Taroli, Chris** | LAUBX | Liberty Acorn USA* |
| **Williams, Jackie** | LGISX | Liberty Growth and Income Fund* |
| **Taroli, Chris** | LIBBX | Liberty Intermediate Bond Fund* |
| **Williams, Jackie** | LSVSX | Liberty Select Value Fund-Z* |
| **Williams, Jackie** | SMCEX | Liberty Small Cap Fund-Z[*]* |

---

[*] On October 13, 2003 Liberty Funds were renamed Columbia Funds

| | | |
|---|---|---|
| **Williams, Jackie** | <u>LMGZX</u> | <u>Liberty Tax-Managed Growth Fund-Z</u> |

**Columbia Funds by Movants**

| TICKER | FUND NAME | PLAINTIFF |
|---|---|---|
| ACRNX | Columbia Acorn Fund | Berkely, Edward |
| GBEGX | Columbia Large Cap Growth | Bryson, Richard F. |
| GBEGX | Columbia Large Cap Growth | Bryson, Linda M. |
| LIACX | Columbia Acorn Fund | Burda, Steven |
| LGISX | Columbia Growth & Income Fund B | Caprio, LuAnn K. |
| LACAX | Columbia Acorn Fund | |
| CFGBX | Columbia Growth & Income Fund | Carrier, William |
| LTFCX | Columbia Acorn Select | Cohen, Joan |
| NGCAX | Columbia Newport Greater China Fund | Dukes, Catherine |
| NGCAX | Columbia Newport Greater China Fund | Ehrlich, Stephen |
| LACBX | Columbia Acorn Fund B | Graceeffa, Russel |
| LACAX | Columbia Acorn Fund | Graceffa, Emilia |
| LACBX | Columbia Acorn Fund B | Graceffa, Kelly |
| LACAX | Liberty Acorn Trust[†] | Howard, Gary Wade |
| LACBX | Columbia Acorn Fund B | Jackson, Timothy R. |
| CFIAX | Columbia Fixed Income Securities Fund | Kemp, Robert |
| CLMBX | Columbia Growth Fund | |
| LACAX | Columbia Acorn Fund | |
| ACRNX | Columbia Acorn Fund | Nelson, Paul H. |
| CUTLX | Columbia Utilities Class A | |
| CREEX | Columbia Real Estate Equity Fund Z | |
| COLFX | Columbia Liberty Fund | Norris, Betty-Jane |
| CFGAX | Columbia Growth & Income Fund | |
| GBEGX | Columbia Large Cap Growth | Reddy, JoAnn C. |

---

[†] On October 13, 2003 all Liberty Funds were renamed Columbia Funds.

| Ticker | Fund | Name |
|---|---|---|
| SGIEX | Columbia Large Cap Core Fund | **Reddy, Philip J.** |
| SGIEX | Columbia Large Cap Core Fund | |
| | | |
| LTFAX | Columbia Acorn Select | **Rosewarne, Phillip** |
| | | |
| LIBBX | Liberty Intermediate Bond Fund* | **Taroli, Chris** |
| LAUBX | Liberty Acorn USA* | |
| CMSBX | Columbia Common Stock | |
| | | |
| LLIAX | Columbia Large Company Index | **Virtuoso, John** |
| LSMAX | Columbia Small Cap Fund | |
| | | |
| ACINX | Liberty Acorn International* | **Williams, Jackie** |
| ACRNX | Liberty Acorn Fund* | |
| ACTWX | Liberty Acorn Twenty-Z* | |
| CFIAX | Columbia Fixed Income Securities Fund | |
| CGWAX | Columbia Growth Fund | |
| CHGAX | Columbia High Yield Fund | |
| CISAX | Columbia International Stock Fund | |
| CLMBX | Columbia Growth Fund-Z | |
| CMISX | Columbia International Stock Fund-Z | |
| CMSAX | Columbia Common Stock Fund | |
| CMSCX | Columbia Small Cap Fund-Z | |
| CMSTX | Columbia Common Stock Fund-Z | |
| COLGX | Columbia Midcap Value Fund | |
| COLGX | Columbia Real Estate Equity Fund | |
| CREEX | Columbia Real Estate Equity Fund-Z | |
| CSVAX | Columbia Strategic Investor Fund | |
| CSVFX | Columbia Strategic Value Fund-Z | |
| CTBAX | Columbia Short Term Bond Fund | |
| CTCAX | Columbia Technology Fund | |
| LGISX | Liberty Growth and Income Fund* | |
| LMGZX | Liberty Tax-Managed Growth Fund-Z* | |
| LSMAX | Columbia Small Cap Fund | |
| LSVSX | Liberty Select Value Fund-Z* | |
| SMCEX | Liberty Small Cap Fund-Z* | |
| ACTWX | Columbia Acorn Select -Z | |