UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE DUKES, Individually and On Behalf of All Others Similarly Situated, Plaintiff, vs. COLUMBIA ACORN FUND, COLUMBIA ACORN SELECT, COLUMBIA ACORN USA, COLUMBIA ASSET ALLOCATION FUND, COLUMBIA BALANCED FUND. COLUMBIA COMMON STOCK FUND, COLUMBIA DISCIPLINED VALUE FUND, COLUMBIA DIVIDEND INCOME FUND, COLUMBIA GROWTH & INCOME FUND, COLUMBIA GROWTH FUND, COLUMBIA GROWTH STOCK FUND, COLUMBIA LARGE CAP CORE FUND, COLUMBIA LARGE CAP GROWTH FUND, COLUMBIA LARGE COMPANY INDEX FUND, COLUMBIA LIBERTY FUND, COLUMBIA MID CAP GROWTH FUND, COLUMBIA MID CAP VALUE FUND, COLUMBIA REAL ESTATE EQUITY FUND, COLUMBIA SMALL CAP FUND, COLUMBIA SMALL CAP VALUE FUND, COLUMBIA SMALL COMPANY EQUITY FUND, COLUMBIA SMALL COMPANY INDEX FUND, COLUMBIA STRATEGIC INVESTOR FUND, COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH FUND, COLUMBIA TAX-MANAGED | Civil Action No. 1:04-cv-10315-PBS<br><br>Related Actions:<br>   1:04-cv-10355-PBS<br>   1:04-cv-10405-PBS<br>   1:04-cv-10408-PBS<br>   1:04-cv-10534-PBS<br>   1:04-cv-10555-MLW<br>   1:04-cv-10567-MEL<br>   1:04-cv-10603-PBS |

**Caption Continues On Next Page**

**AFFIDAVIT OF ROBERT HILLMAN IN SUPPORT OF THE MEMORANDUM OF LAW OF DERIVATIVE PLAINTIFFS IN OPPOSITION TO THE MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF STEERING COMMITTEE, AND APPROVAL OF SELECTION OF LEAD COUNSEL, COORDINATING COUNSEL, AND LIAISON COUNSEL**

GROWTH FUND, COLUMBIA TAX-MANAGED : 
GROWTH FUND II, COLUMBIA TAX- : 
MANAGED VALUE FUND, COLUMBIA : 
TECHNOLOGY FUND, COLUMBIA : 
THERMOSTAT FUND, COLUMBIA UTILITIES : 
FUND, COLUMBIA YOUNG INVESTOR FUND, : 
COLUMBIA ACORN INTERNATIONAL FUND, : 
COLUMBIA ACORN INTERNATIONAL : 
SELECT FUND, COLUMBIA EUROPE FUND, : 
COLUMBIA GLOBAL EQUITY FUND, : 
COLUMBIA INTERNATIONAL EQUITY FUND, : 
COLUMBIA INTERNATIONAL STOCK FUND, : 
COLUMBIA NEWPORT ASIA PACIFIC FUND, : 
COLUMBIA NEWPORT JAPAN : 
OPPORTUNITIES FUND, COLUMBIA : 
NEWPORT GREATER CHINA FUND, : 
COLUMBIA NEWPORT TIGER FUND, : 
COLUMBIA CONTRARIAN INCOME FUND, : 
COLUMBIA CORPORATE BOND FUND, : 
COLUMBIA FEDERAL SECURITIES FUND, : 
COLUMBIA FIXED INCOME SECURITIES : 
FUND, COLUMBIA FLOATING RATE : 
ADVANTAGE FUND, COLUMBIA FLOATING : 
RATE FUND, COLUMBIA HIGH YIELD FUND, : 
COLUMBIA HIGH YIELD OPPORTUNITY : 
FUND, COLUMBIA INCOME FUND, : 
COLUMBIA INTERMEDIATE BOND FUND, : 
COLUMBIA INTERMEDIATE GOVERNMENT : 
INCOME FUND, COLUMBIA MONEY MARKET : 
FUND, COLUMBIA QUALITY PLUS BOND : 
FUND, COLUMBIA SHORT TERM BOND : 
FUND, COLUMBIA STRATEGIC INCOME : 
FUND, COLUMBIA US TREASURY INDEX : 
FUND, COLUMBIA CALIFORNIA TAX- : 
EXEMPT FUND, COLUMBIA CONNECTICUT : 
INTERMEDIATE MUNICIPAL BOND, : 
COLUMBIA CONNECTICUT TAX-EXEMPT : 

**Caption Continues on Next Page**

FUND, COLUMBIA FLORIDA INTERMEDIATE : 
MUNICIPAL BOND FUND, COLUMBIA HIGH   : 
YIELD MUNICIPAL FUND, COLUMBIA       : 
INTERMEDIATE TAX-EXEMPT BOND FUND,   : 
COLUMBIA MANAGED MUNICIPALS FUND,    : 
COLUMBIA MASSACHUSETTS               : 
INTERMEDIATE MUNICIPAL BOND FUND,    : 
FUND, COLUMBIA MUNICIPAL MONEY       : 
MARKET FUND, COLUMBIA NATIONAL       : 
MUNICIPAL BOND FUND, COLUMBIA NEW    : 
JERSEY INTERMEDIATE MUNICIPAL BOND   : 
FUND, COLUMBIA NEW YORK              : 
INTERMEDIATE MUNICIPAL BOND FUND,    : 
COLUMBIA NEW YORK TAX-EXEMPT FUND,   : 
COLUMBIA OREGON MUNICIPAL BOND       : 
FUND, COLUMBIA PENNSYLVANIA          : 
INTERMEDIATE MUNICIPAL BOND FUND,    : 
COLUMBIA RHODE ISLAND INTERMEDIATE   : 
MUNICIPAL BOND FUND, COLUMBIA TAX-   : 
EXEMPT FUND, COLUMBIA TAX-EXEMPT     : 
INSURED FUND, COLUMBIA SMALL CAP     : 
GROWTH FUND, COLUMBIA EUROPEAN       : 
THEMATIC EQUITY FUND, COLUMBIA       : 
GLOBAL THEMATIC EQUITY FUND,         : 
COLUMBIA DAILY INCOME COMPANY FUND:
(collectively known as "COLUMBIA FUNDS"); : 
COLUMBIA ACORN TRUST, COLUMBIA       : 
BALANCED FUND INC./OR, COLUMBIA      : 
COMMON STOCK FUND INC., COLUMBIA     : 
DAILY INCOME COMPANY, COLUMBIA       : 
FIXED INCOME SECURITIES FUND INC.,   : 
COLUMBIA FLOATING RATE ADVANTAGE     : 
FUND, COLUMBIA FLOATING RATE FUND,   : 
COLUMBIA FUNDS TRUST I, COLUMBIA     : 
FUNDS TRUST II, COLUMBIA FUNDS TRUST : 
III, COLUMBIA FUNDS TRUST IV, COLUMBIA:
FUNDS TRUST IX, COLUMBIA FUNDS TRUST : 
V, COLUMBIA FUNDS TRUST VI, COLUMBIA : 
FUND INC., COLUMBIA OREGON MUNICIPAL:
BOND FUND INC., COLUMBIA NATIONAL    : 
MUNICIPAL BOND FUND INC., COLUMBIA   : 
REAL ESTATE EQUITY FUND INC.,        : 

**Caption Continues On Next Page**

3

COLUMBIA SHORT TERM BOND FUND INC., :
COLUMBIA SMALL CAP GROWTH FUND :
FUNDS TRUST VII, COLUMBIA FUNDS TRUST:
VIII, COLUMBIA FUNDS TRUST XI, :
COLUMBIA GROWTH FUND INC., COLUMBIA:
HIGH YIELD FUND INC., COLUMBIA :
INSTITUTIONAL FLOATING RATE INCOME :
FUND, COLUMBIA INTERNATIONAL STOCK :
FUND INC., COLUMBIA MID CAP GROWTH :
INC., COLUMBIA STRATEGIC INVESTOR :
FUND INC., COLUMBIA TECHNOLOGY FUND :
INC. (collectively known as "COLUMBIA FUNDS :
REGISTRANTS"); FLEETBOSTON FINANCIAL :
CORPORATION; COLUMBIA MANAGEMENT :
GROUP, INC.; COLUMBIA MANAGEMENT :
ADVISORS, INC.; COLUMBIA WANGER :
ASSET MANAGEMENT, L.P.; COLUMBIA :
FUNDS DISTRIBUTOR, INC.; and JOHN :
DOES 1-100, :
                   Defendants.

I, Robert Hillman, under penalties of perjury, herby declare:

    1.    I am a member of the law firm Deutsch Williams Brooks Derensis and Holland, P.C.. I submit this Affidavit in support of the Derivative Plaintiffs' Opposition to the Motion of the Columbia **Funds Lead Plaintiff Movants for Consolidation, Appointment as Lead Plaintiff, Appointment of Steering Committee, and Approval of Selection of Lead Counsel, Coordinating Counsel, and Liaison Counsel.**

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the February 20, 2004 Order of the Judicial Panel on Multidistrict Litigation transferring cases involving market timing to the District of Maryland.

    3.    Attached as Exhibit 2 is a true and correct copy of the Notice of Potential Tag Along Action submitted by defendants on April 9, 2004 identifying the Massachusetts actions as tag alongs to MDL 1586.

4. Attached as Exhibit 3 is a true and correct copy of the Memorandum of Law in Support of Fund Derivative Plaintiffs' Motion for Entry of Case Management Order Number One and the accompanying Declaration of Mark Rifkin in Support submitted to the District of Maryland on 19, 2004 in MDL 1586.

5. Attached as Exhibit 4 is a true and correct copy of the April 9, 2004 letter from Judge Motz establishing case numbers and sub-tracks for cases in MDL 1586.

Dated: April 27, 2004
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert Hillman

DWLIB 156821v1
8334/02

## CERTIFICATE OF SERVICE

I, Robert D. Hillman, Esq., hereby certify that I caused a true copy of the following documents to be sent to the attorneys of record on the attached service list, by first-class mail, postage prepaid:

1. Memorandum of Law of Derivative Plaintiffs in Opposition to the Motions for Consolidation, Appointment as Lead Plaintiff, Appointment of Steering Committee, and Approval of Selection of Lead Counsel, Coordinating Counsel, and Liason Counsel (with Exhibits); and

2. Affidavit of Robert Hillman in Support of the Memorandum of Law of Derivative Plaintiffs in Opposition to the Motions for Consolidation, Appointment as Lead Plaintiff, Appointment of Steering Committee, and Approval of Selection of Lead Counsel, Coordinating Counsel, and Liason Counsel

Robert D. Hillman

Dated: April 27, 2004

**SERVICE LIST**

| | |
|---|---|
| Robert Jossen, Esquire<br>Swidler Berlin Shereff Friedman<br>405 Lexington Avenue<br>New York, NY 10174<br>212-891-9304<br>212-891-9598 fax | John P. Killacky, Esquire<br>McDermott, Will & Emery, LLP<br>227 W. Monroe Street<br>Suite 4400<br>Chicago, IL 60606-5096<br>312-372-2000<br>312-984-7700 fax<br>jkillacky@mwe.com |
| Ira K. Gross, Esquire<br>Sullivan & Worcester, LLP<br>1 Post Office Square<br>Boston, MA 02109<br>617-338-2823<br>617-338-2880 fax | Melvyn I. Weiss, Esquire<br>Steven G. Schulman, Esquire<br>Peter E. Seidman, Esquire<br>Andrei V. Rado, Esquire<br>Sharon M. Lee, Esquire<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 |
| Curtis V. Trinko, Esquire<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>212-490-9550 | Charles J. Piven, Esquire<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center-Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br>410-986-0036 |
| Eric J. Belfi, Esquire<br>Rabin, Murray & Frank LLP<br>275 Madison Avenue<br>New York, NY 10016<br>212-682-1818 | Lionel Glancy, Esquire<br>Michael Goldberg, Esquire<br>Glancy & Binkow LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>310-201-9150 |
| David Pastor, Esquire<br>Peter A. Lagorio, Esquire<br>Gilman And Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>781-231-7850<br>781-231-7840 fax | Andrew L. Barroway, Esquire<br>Stuart L. Berman, Esquire<br>Darren J. Check, Esquire<br>Sean M. Handler, Esquire<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>610-667-7706<br>610-667-7056 fax |

DWLIB 156822v1<br>8334/02