UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CATHERINE DUKES, Individually and )
On Behalf of All Others Similarly Situated )
)
Plaintiff, )
) CIVIL ACTION NO.
v. ) 04 CV 10315 (PBS)
)
COLUMBIA ACORN FUND, et al. )
)
Defendants. )

---

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF THE COLUMBIA MANAGEMENT DEFENDANTS

Pursuant to Local Rule 7.3(A), Defendants FleetBoston Financial Corporation,[1] Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc. (collectively, the "Columbia Management Defendants") hereby make the following disclosures. Columbia Funds Distributor, Inc. discloses that it is a subsidiary of Columbia Management Advisors, Inc. ("CMA"). CMA and Columbia Wanger Asset Management, L.P. disclose that they are both subsidiaries of Columbia Management Group, Inc. ("CMG"). CMG, in turn, is a subsidiary of Fleet National Bank, which is a subsidiary of FleetBoston Financial Corporation, which effective April 1, 2004 merged with Bank of America Corporation.

---

[1] Effective April 1, 2004, FleetBoston Financial Corporation merged with Bank of America Corporation.

LITDOCS:546676.1

>Respectfully submitted,
>**COLUMBIA MANAGEMENT**
>**DEFENDANTS**
>By their attorneys,
>
>_____
>R. Scott Henderson (BBO# 554821)
>Bingham McCutchen, LLP
>150 Federal Street
>Boston, Massachusetts
>(617) 951-8000
>(617) 951-8736 (Facsimile)

Dated: April 29, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, Nancy Freeman Gans, Esq., 33 Broad Street, Suite 1100, Boston, Massachusetts via U.S. mail on April 29, 2004.

_____
R. Scott Henderson

LITDOCS:546676.1